**JOSEPH SAVERI LAW FIRM, LLP**
JOSEPH R. SAVERI (Bar No. 130064)
CHRISTOPHER K. L. YOUNG (Bar No. 318371)
ELISSA BUCHANAN (Bar No. 249996)
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
cyoung@saverilawfirm.com
eabuchanan@saverilawfirm.com

*Attorneys for Plaintiff
and the Proposed Class*

**HOGAN LOVELLS US LLP**
TRENTON H. NORRIS (Bar No. 164781)
4 Embarcadero Center, Suite 3500
San Francisco, California 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499
trent.norris@hoganlovells.com

*Attorney for Defendant*
NVIDIA CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDI NAZEMIAN, BRIAN KEENE, STEWART O'NAN, individually and behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NVIDIA CORPORATION, a Delaware Corporation,<br><br>Defendant. | Case No.:   4:24-cv-01454-JST<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Judge: The Hon. Jon S. Tigar<br>Courtroom: 6 – 2nd Floor<br><br>Action Filed: March 8, 2024 |

Pursuant to Civil Local Rule 6-1, Plaintiffs Abdi Nazemian, Brian Keene, and Stewart O'Nan (collectively, "Plaintiffs") and Defendant NVIDIA Corporation ("Defendant" or "NVIDIA") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate the following:

1. WHEREAS, Plaintiffs filed their Complaint in this action on March 8, 2024 (ECF No. 1);

2. WHEREAS, NVIDIA was served with Plaintiffs' Complaint on March 12, 2024 (ECF No. 24);

3. WHEREAS, NVIDIA's time to move, answer, or otherwise respond to Plaintiffs' Complaint is April 2, 2024 (ECF No. 24);

4. WHEREAS, NVIDIA has requested, and Plaintiffs have agreed to, an extension of NVIDIA's time to respond to Plaintiffs' Complaint by forty-five (45) days;

5. WHEREAS, this additional time for NVIDIA to respond will not alter the date of any event or deadline already fixed by the Court, is made in good faith and not for the purposes of any delay, and will not prejudice any party or the Court;

NOW, THEREFORE IT IS HEREBY STIPULATED, by and between the Parties and their respective counsel, that NVIDIA shall answer or otherwise respond to Plaintiffs' Complaint by May 17, 2024.

Dated: March 28, 2024                                    Respectfully Submitted,

**HOGAN LOVELLS US LLP**


By:   /s/ Trenton H. Norris
         Trenton H. Norris

*Counsel for Defendant*
NVIDIA CORPORATION

Dated:  March 28, 2024                                   **JOSEPH SAVERI LAW FIRM, LLP**


By:   /s/ Joseph R. Saveri
         Joseph R. Saveri
         Christopher K. L. Young
         Joseph R. Saveri
         Elissa Buchanan

*Counsel for Plaintiffs and the Proposed Class*

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

The filer attests that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

Dated: March 28, 2024  　　　　　　　　　　　　　*/s/ Trenton H. Norris*
　　　　　　　　　　　　　　　　　　　　　　　　　　Trenton H. Norris