**JOSEPH SAVERI LAW FIRM, LLP**
JOSEPH R. SAVERI (Bar No. 130064)
CHRISTOPHER K. L. YOUNG (Bar No. 318371)
ELISSA BUCHANAN (Bar No. 249996)
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
cyoung@saverilawfirm.com
eabuchanan@saverilawfirm.com

*Attorneys for Plaintiff
and the Proposed Class*

**HOGAN LOVELLS US LLP**
TRENTON H. NORRIS (Bar No. 164781)
4 Embarcadero Center, Suite 3500
San Francisco, California 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499
trent.norris@hoganlovells.com

*Attorney for Defendant*
NVIDIA CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDI NAZEMIAN, BRIAN KEENE, STEWART O'NAN, individually and behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NVIDIA CORPORATION, a Delaware Corporation,<br><br>Defendant. | Case No.:   4:24-cv-01454-JST<br><br>**[P̶R̶O̶P̶O̶S̶E̶D̶] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Judge: Hon. Jon S. Tigar<br>Courtroom: 6 – 2nd Floor<br><br>Action Filed: March 8, 2024 |

1

*Nazemian, et al. v. NVIDIA Corp.*, Case No. 4:24-cv-01454-JST
[P̶ROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

**[~~PROPOSED~~] ORDER**

Pursuant to the stipulation of the Parties, and for good cause appearing, it is HEREBY ORDERED that Defendant NVIDIA Corporation shall respond to Plaintiffs' Complaint on or before May 17, 2024.

**IT IS SO ORDERED.**

Dated: March 29, 2024

_____
The Honorable Jon S. Tigar
U.S. District Court Judge

2

*Nazemian, et al. v. NVIDIA Corp.*, Case No. 4:24-cv-01454-JST
[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT