| | |
|---|---|
| **JOSPEPH SAVERI LAW FIRM, LLP**<br>Joseph R. Saveri (SBN 130064)<br>Christopher K. L. Young (SBN 318371)<br>Elissa A. Buchanan (SBN 249996)<br>601 California Street, Suite 1505<br>San Francisco, California 94108<br>Telephone: (415) 500-6800<br>Facsimile:  (415) 395-9940<br>jsaveri@saverilawfirm.com<br>cyoung@saverilawfirm.com<br>eabuchanan@saverilawfirm.com<br><br>*Attorneys for Plaintiffs and the Proposed Class* | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Sean S. Pak (Bar No. 219032)<br>seanpak@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Andrew H. Schapiro (*pro hac vice forthcoming*)<br>andrewschapiro@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, Illinois 60606<br>Telephone: (312) 705-7400<br>Facsimile: (312) 705-4001<br><br>Alex Spiro (*pro hac vice forthcoming*)<br>alexspiro@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>*Attorneys for Defendant NVIDIA Corporation* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **Abdi Nazemian**, an individual;<br>**Brian Keene**, an individual; and<br>**Stewart O'Nan**, an individual;<br><br>        Individual and Representative Plaintiffs,<br><br>        v.<br><br>**NVIDIA Corporation**, a Delaware corporation;<br><br>        Defendant. | Case No. 4:24-cv-01454-JST<br><br>**JOINT STIPULATION RE: BRIEFING SCHEDULE**<br><br>Judge: Hon. Jon S. Tigar<br>Courtroom: 6 – 2nd Floor<br><br>Action Filed: March 8, 2024 |

Pursuant to Civil Local Rule 6-1, Plaintiffs Abdi Nazemian, Brian Keene, and Stewart O'Nan (collectively, "Plaintiffs") and Defendant NVIDIA Corporation ("NVIDIA") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate the following:

1. WHEREAS, Plaintiffs filed the Complaint in this action on March 8, 2024 (ECF No. 1);

2. WHEREAS, on March 29, 2024, the Court ordered, pursuant to a stipulation of the Parties, that Defendant NVIDIA Corporation shall respond to Plaintiffs' Complaint on or before May 17, 2024 (ECF No. 27);

3. WHEREAS, the Parties met and conferred and hereby stipulate to the following:

- Defendant NVIDIA Corporation shall have until May 24, 2024, to respond to Plaintiffs' Complaint;
- Oppositions to motions responsive to the Complaint due June 21, 2024;
- Replies in support of responsive motions due July 5, 2024.

4. WHEREAS, this stipulated briefing schedule is made in good faith and not for the purposes of any delay, and will not prejudice any party or the Court;

NOW, THEREFORE IT IS HEREBY STIPULATED, by and between the Parties and their respective counsel, that the Parties shall adhere to the briefing schedule set forth above.

Dated: May 6, 2024

Respectfully submitted,

**JOSEPH SAVERI LAW FIRM, LLP**
By: /s/ *Joseph R. Saveri*
Joseph R. Saveri
Christopher K. L. Young
Elissa Buchanan
*Attorneys for Plaintiffs and the Proposed Class*

Dated: May 6, 2024

Respectfully submitted,

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
By: /s/ *Sean S. Pak*
Sean S. Pak
*Attorneys for Defendant NVIDIA Corporation*

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

The filer attests that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

Dated: May 7, 2024                                                         */s/ Joseph R. Saveri*
                                                                                      Joseph R. Saveri