# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **Abdi Nazemian**, an individual;<br>**Brian Keene**, an individual; and<br>**Stewart O'Nan**, an individual;<br><br>  Individual and Representative Plaintiffs,<br><br>  v.<br><br>**NVIDIA Corporation**, a Delaware corporation;<br><br>  Defendant. | Case No. 4:24-cv-01454-JST<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION RE: BRIEFING SCHEDULE**<br><br>Judge: Hon. Jon S. Tigar<br>Courtroom: 6 – 2nd Floor<br><br>Action Filed: March 8, 2024 |

**[PROPOSED] ORDER**

Pursuant to the stipulation of the Parties, and for good cause appearing, it is hereby ORDERED that the Parties shall adhere to the following schedule:

- Defendant NVIDIA Corporation shall have until May 24, 2024, to respond to Plaintiffs' Complaint;
- Oppositions to motions responsive to the Complaint due June 21, 2024;
- Replies in support of responsive motions due July 5, 2024.

**IT IS SO ORDERED.**

Dated: May 13, 2024

_____
The Honorable Jon S. Tigar
U.S. District Court Judge

Case No. 4:24-cv-01454-JST   1
[PROPOSED] ORDER GRANTING JOINT STIPULATION RE: BRIEFING SCHEDULE