| | |
|---|---|
| **JOSEPH SAVERI LAW FIRM, LLP**<br>Joseph R. Saveri (SBN 130064)<br>601 California Street, Suite 1505<br>San Francisco, California 94108<br>Telephone: (415) 500-6800<br>Facsimile:  (415) 395-9940<br>jsaveri@saverilawfirm.com | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Sean S. Pak (SBN 219032)<br>seanpak@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700 |
| **LOCKRIDGE GRINDAL NAUEN PLLP**<br>Laura M. Matson (admitted *pro hac vice*)<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>Telephone: (612) 339-6900<br>Facsimile: (612) 339-0981<br>lmmatson@locklaw.com | Andrew H. Schapiro (admitted *pro hac vice*)<br>andrewschapiro@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, Illinois 60606<br>Telephone: (312) 705-7400<br>Facsimile: (312) 705-4001 |
| **CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**<br>Bryan L. Clobes (*pro hac vice anticipated*)<br>205 N. Monroe Street<br>Media, PA 19063<br>Telephone: (215) 864-2800<br>bclobes@caffertyclobes.com | Alex Spiro (admitted *pro hac vice*)<br>alexspiro@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>*Attorneys for Defendant NVIDIA Corporation* |
| **DiCELLO LEVITT LLP**<br>David A. Straite (admitted *pro hac vice*)<br>485 Lexington Avenue, Suite 1001<br>New York, NY 10017<br>Telephone: (646) 933-1000<br>dstraite@dicellolevitt.com | |

*Attorneys for Plaintiffs and the Proposed Class*
[Additional counsel listed below]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA --SAN FRANCISCO DIVISION

| | |
|---|---|
| ABDI NAZEMIAN, BRIAN KEENE, and STEWART O'NAN, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>NVIDIA CORPORATION,<br><br>*Defendant.* | Case No. 4:24-cv-01454-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL LOCAL RULE 6-2**<br><br>Judge: Hon. Jon S. Tigar<br>Courtroom: 6 – 2nd Floor<br>Action Filed: March 8, 2024 |

| | | |
|---|---|---|
| 1 | ANDRE DUBUS III and SUSAN ORLEAN, individually and on behalf of all others similarly situated, | Case No. 4:24-cv-02655-JST |
| 2 | | Judge: Hon. Jon S. Tigar |
| 3 | Plaintiffs, | Courtroom: 6 – 2nd Floor |
| 4 | v. | Action Filed: May 2, 2024 |
| 5 | NVIDIA CORPORATION, | |
| 6 | Defendant. | |

Pursuant to Civil Local Rule 6-2, Plaintiffs Abdi Nazemian, Brian Keene, and Stewart O'Nan (the "*Nazemian* Plaintiffs"), Plaintiffs Andre Dubus III and Susan Orlean (the "*Dubus* Plaintiffs") (collectively, the "Plaintiffs") and Defendant NVIDIA Corporation ("NVIDIA") (collectively, the "Parties"), by and through their respective counsel of record, enter into this stipulation pursuant to Civil Local Rule 6-2 and request an order to reschedule the Case Management Conference and the corresponding deadline for the Case Management Statement, with reference to the following circumstances:

1. WHEREAS, the *Nazemian* Plaintiffs filed their Complaint on March 8, 2024 (*Nazemian* ECF No. 1);

2. WHEREAS, on March 18, 2024, the Court set the *Nazemian* initial Case Management Conference for June 18, 2024, at 2:00 P.M. with the Case Management Statement due on June 11, 2024 (*Nazemian* ECF No. 22);

3. WHEREAS, on May 24, 2024, Defendant timely filed its Answer to the *Nazemian* Complaint (*Nazemian* ECF No. 38);

4. WHEREAS, on May 2, 2024, the *Dubus* Plaintiffs filed their Complaint (*Dubus* ECF No. 1);

5. WHEREAS, per stipulation, the deadline for NVIDIA to respond to the *Dubus* Complaint is July 1, 2024 unless otherwise extended (stipulation approved by the Court at *Dubus* ECF No. 26);

6. WHEREAS, on May 29, 2024, the Court judicially related *Nazemian* and *Dubus* (Nazemian ECF No. 47; *Dubus* ECF No. 17);

7. WHEREAS, on May 29, 2024, the Court set the *Dubus* initial Case Management Conference via Zoom for June 18, 2024, at 2:00 P.M. with the Case Management Statement due on June 11, 2024, which are the same dates and times as in *Nazemian*;

8. WHEREAS, the *Nazemian* Plaintiffs have a scheduling conflict at 2:00 P.M. on June 18, 2024, that requires that the Case Management Conference be rescheduled, *see* accompanying Declaration of Joseph R. Saveri, dated June 4, 2024 (the "Saveri Decl."), ¶ 8;

9. WHEREAS, the Parties in both actions have met and conferred, and all are available to

1  attend a rescheduled Case Management Conference on July 16, 2024, at 2:00 P.M., should the Court be
2  available at that date and time, with the Case Management Statement due one week prior to that
3  Conference, on July 9, 2024, *see* Saveri Decl. ¶ 9;

4      10.    WHEREAS, this request to reschedule the Case Management Conference and the deadline
5  for the Case Management Statement will not alter or otherwise impact the date of any other event or
6  deadline already fixed by Court order;

7      11.    WHEREAS, this stipulation is made in good faith and not for the purposes of any delay,
8  and will not prejudice any party or the Court;

9      12.    WHEREAS, this joint stipulation to move the CMC will enhance judicial efficiency;

10      13.    WHEREAS, the Parties are conferring to schedule the Rule 26(f) conference on or about
11  June 13, 2024;

12      THE PARTIES HEREBY STIPULATE, AGREE, AND REQUEST, that the Court issue a
13  scheduling order as follows:

14      A.  The Case Management Conference for *Nazemian* and *Dubus* is rescheduled for July 16, 2024,
15        at 2:00 PM (or the next date that the Court is available).

16      B.  The Parties shall submit a joint Case Management Statement by no later than one week earlier,
17        which is July 9, 2024.

18      The Parties submit the accompanying declaration of Joseph R. Saveri in support hereof and
19  respectfully request that the Court enter the attached proposed order.

28  Case No. 4:24-cv-01454-JST     2

JOINT STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE
CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL LOCAL RULE 6-2

| | | |
|---|---|---|
|1| Dated: June 4, 2024 | Respectfully submitted, |
|2| | By:  /s/ Joseph R. Saveri |
|3| | |
|4| | Joseph R. Saveri (SBN 130064) |
| | | Christopher K.L. Young (SBN 318371) |
|5| | Elissa A. Buchanan (SBN 249996) |
| | | Evan Creutz (SBN 349728) |
|6| | **JOSEPH SAVERI LAW FIRM, LLP** |
| | | 601 California Street, Suite 1505 |
|7| | San Francisco, California 94108 |
| | | Telephone: (415) 500-6800 |
|8| | Facsimile: (415) 395-9940 |
| | | Email:    jsaveri@saverilawfirm.com |
|9| | cyoung@saverilawfirm.com |
| | | eabuchanan@saverilawfirm.com |
|10| | ecreutz@saverilawfirm.com |

(Continued)

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile:  (415) 395-9940
    mb@buttericklaw.com

Brian D. Clark (admitted *pro hac vice*)
Laura M. Matson (admitted *pro hac vice*)
Arielle Wagner (admitted *pro hac vice*)
Eura Chang (admitted *pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone:  (612)339-6900
Facsimile:   (612)339-0981
    bdclark@locklaw.com
    lmmatson@locklaw.com
    aswagner@locklaw.com
    echang@locklaw.com

*Attorneys for the Nazemian Plaintiffs and the Proposed Class*

---

Case No. 4:24-cv-01454-JST         3
JOINT STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE
CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL LOCAL RULE 6-2

| | |
|---|---|
| Dated: June 4, 2024 | Respectfully submitted, |
| | By: */s/ David Straite* |
| | Bryan L. Clobes (*pro hac vice* anticipated) |
| | **CAFFERTY CLOBES MERIWETHER** |
| | **& SPRENGEL LLP** |
| | 205 N. Monroe Street |
| | Media, PA 19063 |
| | Tel: 215-864-2800 |
| | bclobes@caffertyclobes.com |
| | |
| | Alexander J. Sweatman (*pro hac vice* anticipated) |
| | Mohammed Rathur (*pro hac vice* anticipated) |
| | **CAFFERTY CLOBES MERIWETHER** |
| | **& SPRENGEL LLP** |
| | 135 South LaSalle Street, Suite 3210 |
| | Chicago, IL 60603 |
| | Tel: 312-782-4880 |
| | asweatman@caffertyclobes.com |
| | |
| | David A. Straite (admitted *pro hac vice*) |
| | **DiCELLO LEVITT LLP** |
| | 485 Lexington Avenue, Suite 1001 |
| | New York, NY 10017 |
| | Tel. (646) 933-1000 |
| | dstraite@dicellolevitt.com |
| | |
| | Amy E. Keller (admitted *pro hac vice*) |
| | Nada Djordjevic (admitted *pro hac vice*) |
| | James A. Ulwick (admitted *pro hac vice*) |
| | **DiCELLO LEVITT LLP** |
| | Ten North Dearborn Street, Sixth Floor |
| | Chicago, Illinois 60602 |
| | Tel. (312) 214-7900 |
| | akeller@dicellolevitt.com |
| | ndjordjevic@dicellolevitt.com |
| | julwick@dicellolevitt.com |
| | |
| | Brian O'Mara, SBN 229737 |
| | **DiCELLO LEVITT LLP** |
| | 4747 Executive Drive |
| | San Diego, California 92121 |
| | Telephone: (619) 923-3939 |
| | Facsimile: (619) 923-4233 |
| | briano@dicellolevitt.com |
| | *Counsel for the Dubus Plaintiffs and Proposed Class* |

| | | |
|---|---|---|
| 1 | Dated: June 4, 2024 | Respectfully Submitted, |
| 2 | | By: /s/ Andrew H. Schapiro |
| 3 | | **QUINN EMANUEL URQUHART &** |
| 4 | | **SULLIVAN, LLP** |
| 5 | | Sean S. Pak (SBN 219032) |
| | | seanpak@quinnemanuel.com |
| 6 | | 50 California Street, 22nd Floor |
| 7 | | San Francisco, CA 94111 |
| | | Telephone: (415) 875-6600 |
| 8 | | Facsimile: (415) 875-6700 |
| 9 | | Andrew H. Schapiro (admitted *pro hac vice*) |
| | | andrewschapiro@quinnemanuel.com |
| 10 | | 191 N. Wacker Drive, Suite 2700 |
| 11 | | Chicago, Illinois 60606 |
| | | Telephone: (312) 705-7400 |
| 12 | | Facsimile: (312) 705-4001 |
| 13 | | Alex Spiro (admitted *pro hac vice*) |
| | | alexspiro@quinnemanuel.com |
| 14 | | 51 Madison Avenue, 22nd Floor |
| 15 | | New York, NY 10010 |
| | | Telephone: (212) 849-7000 |
| 16 | | Facsimile: (212) 849-7100 |
| 17 | | *Attorneys for Defendant NVIDIA Corporation* |

Case No. 4:24-cv-01454-JST    5
JOINT STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE
CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL LOCAL RULE 6-2

**[PROPOSED] ORDER**

**PURSUANT TO JOINT STIPULATION, IT IS SO ORDERED.**

Dated: _____                    _____
                                            The Honorable Jon S. Tigar
                                            U.S. District Court Judge

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

The filer attests that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

Dated: June 4, 2024                    */s/ Joseph R. Saveri*
                                        Joseph R. Saveri