**JOSEPH SAVERI LAW FIRM, LLP**
Joseph R. Saveri (SBN 130064)
Christopher K.L. Young (SBN 318371)
Elissa A. Buchanan (SBN 249996)
Evan Creutz (SBN 349728)
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
Email:       jsaveri@saverilawfirm.com
             cyoung@saverilawfirm.com
             eabuchanan@saverilawfirm.com
             ecreutz@saverilawfirm.com

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA -- SAN FRANCISCO DIVISION

| | |
|---|---|
| ABDI NAZEMIAN, BRIAN KEENE, and STEWART O'NAN, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>NVIDIA CORPORATION,<br><br>*Defendant.* | Case No. 4:24-cv-01454-JST<br><br>**DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL LOCAL RULE 6-2** |
| ANDRE DUBUS III and SUSAN ORLEAN, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>NVIDIA CORPORATION,<br><br>*Defendant.* | Case No. 4:24-cv-02655-JST<br><br>Judge: Hon. Jon S. Tigar<br>Courtroom: 6 – 2nd Floor<br>Action Filed: May 2, 2024 |

I, Joseph R. Saveri, declare as follows:

1. I am an attorney duly licensed to practice in the State of California. I am a partner and founder of the Joseph Saveri Law Firm, LLP ("JSLF"), counsel of record for Plaintiffs Abdi Nazemian, Brian Keene, Stewart O'Nan, in this matter. I have personal knowledge of the matters stated herein and, if called upon, could competently testify thereto. I make this declaration pursuant to 28 U.S.C. § 1746 in support of the Parties' Joint Stipulation and [Proposed] Order to Move Date of Case Management Conference Pursuant to Civil Local Rule 6-2.

2. The *Nazemian* Plaintiffs filed their Complaint on March 8, 2024 (*Nazemian* ECF No. 1).

3. On March 18, 2024, the Court set the *Nazemian* initial Case Management Conference for June 18, 2024, at 2:00 P.M., with the Case Management Statement due on June 11, 2024 (*Nazemian* ECF No. 22).

4. On May 24, 2024, Defendant timely filed its Answer to the *Nazemian* Complaint (*Nazemian* ECF No. 38).

5. On May 2, 2024, the plaintiffs in *Dubus, et al. v. NVIDIA Corporation*, No. 3:24-cv-02655 (N.D. Cal.), filed their Complaint (*Dubus* ECF No. 1).

6. Per stipulation, the deadline for NVIDIA to respond to the *Dubus* Complaint is July 1, 2024 unless otherwise extended (stipulation approved by the Court at *Dubus* ECF No. 26).).

7. On May 29, 2024, the Court judicially related *Nazemian* and *Dubus* (*Nazemian* ECF No. 47; *Dubus* ECF No. 17).

8. The Court set the *Dubus* initial Case Management Conference via Zoom for June 18, 2024, at 2:00 P.M. with the Case Management Statement due on June 11, 2024, which are the same dates and times as in *Nazemian*.

9. The *Nazemian* plaintiffs have a scheduling conflict at 2:00 P.M. on June 18, 2024, that requires that the Case Management Conference be rescheduled.

10. The Parties in both actions have met and conferred, and all are available to attend a rescheduled Case Management Conference on July 16, 2024, at 2:00 P.M., should the Court be available

1  at that date and time, with the Case Management Statement due one week prior to that Conference, on
2  July 9, 2024.

3    11.   The Parties' request to reschedule the Case Management Conference and the deadline for
4  the Case Management Statement will not alter or otherwise impact the date of any other event or
5  deadline already fixed by Court order.

6    12.   This joint stipulation to reschedule the Case Management Conference will enhance
7  judicial efficiency.

8    13.   The Parties are conferring to schedule their 26(f) conference on or about June 13, 2024.

9    14.   This stipulation is made in good faith and not for the purposes of any delay and will not
10 prejudice any party or the Court.

11   I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of
12 June 2024, at San Francisco, California.

                    */s/ Joseph R. Saveri*
                    Joseph R. Saveri

Case No. 4:24-cv-01454-JST     2

DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL LOCAL RULE 6-2