QUINN EMANUEL URQUHART & SULLIVAN, LLP
Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Andrew H. Schapiro (admitted pro hac vice)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-4001

Alex Spiro (admitted pro hac vice)
alexspiro@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Attorneys for Defendant NVIDIA Corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ABDI NAZEMIAN, BRIAN KEENE, and STEWART O'NAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>NVIDIA Corporation,<br><br>Defendant. | Case No. 4:24-cv-01454-JST<br>Case No. 4:24-cv-02655-JST<br><br>**NVIDIA CORPORATION'S NOTICE RE: PLAINTIFFS' RULE 26(f) REPORT** |
| ANDRES DUBUS III and SUSAN ORLEAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>NVIDIA Corporation,<br><br>Defendant. | |

Case Nos. 4:24-cv-01454-JST, 4:24-cv-02655-JST

NVIDIA'S NOTICE RE: PLAINTIFFS' RULE 26(f) REPORT

Defendant NVIDIA Corporation ("NVIDIA") respectfully submits this Notice regarding Plaintiffs' filing of a "Rule 26(f) Report" (No. 4:24-cv-01454, Dkt. 59) on July 3, 2024.

NVIDIA understands, pursuant to Local Rule 16-9, this District's Standing Order regarding the contents of Joint Case Management Statements ("Standing Order"), and the Court's Orders in the *Nazemian* and *Dubus* cases (No. 4:24-cv-01454, Dkt. 58; No. 4:24-cv-02655, Dkt. 39), that the parties' Joint Case Management Statement, including the report specified in Fed. R. Civ. P. 26(f)(2), is due on August 13, 2024.

The parties met and conferred pursuant to Rule 26(f) on June 19, 2024. Based on that conference, NVIDIA understood that the parties would work jointly to file the Joint Case Management Statement by the August 13, 2024 deadline set by the Court. On July 2, 2024, Plaintiffs sent NVIDIA a draft "Joint Case Management Statement and Rule 26(f) Report," stating for the first time that they believe Rule 26(f) requires the separate filing of a report within 14 days of the Rule 26(f) conference (notwithstanding the deadline set by the Court), and asking NVIDIA to provide its positions by the following morning. NVIDIA explained that the Standing Order expressly states the Joint Case Management Statement shall incorporate the "proposed discovery plan pursuant to Fed. R. Civ. P. 26(f)" and that NVIDIA will provide its positions after it has sufficient opportunity to review Plaintiffs' draft report and in advance of the Court's deadline.

NVIDIA does not believe the Court intended for the parties to file a separate "Rule 26(f) Report" duplicative of the contents required for the Joint Case Management Statement. Accordingly, subject to any further Order or other guidance from the Court, NVIDIA intends to continue to work with Plaintiffs to prepare and submit the Joint Case Management Statement by the August 13, 2024 deadline set by the Court.

DATED: July 5, 2024

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By     /s/ Sean S. Pak

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Andrew H. Schapiro (admitted pro hac vice)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-4001

Alex Spiro (admitted pro hac vice)
alexspiro@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Defendant NVIDIA Corporation*