UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDI NAZEMIAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>NVIDIA CORPORATION,<br><br>    Defendant. | Case No. 24-cv-01454-JST<br><br>**ORDER RE SUMMARY JUDGMENT BRIEFING SCHEDULE** |

At the case management conference held on August 29, 2024, the Court took under submission Defendant Nvidia Corporation's request that the parties be allowed to file summary judgment motions on the question of fair use prior to this Court's consideration of whether to certify this case as a class action. *See* ECF No. 62 at 20.

The Court now orders that such motions may be filed. If the parties file cross-motions, they are reminded to comply with Section I of the Standing Order for All Civil Cases Before District Judge Jon S. Tigar, available at https://www.cand.uscourts.gov/wp-content/uploads/2023/03/Civil-Standing-Order-JST-5.01.24.pdf/. As stated at the August 29, 2024, the decision to allow motions regarding fair use does not operate to limit discovery.

**IT IS SO ORDERED.**

Dated: September 9, 2024

                                                    JON S. TIGAR
                                                  United States District Judge