# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| Abdi Nazemian, et al.,<br><br>        Plaintiffs,<br><br>   vs.<br><br>NVIDIA Corporation,<br><br>        Defendant. | Case No. 4:24-cv-01454-JST<br>Case No. 4:24-cv-02655-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE CASE SCHEDULE**<br><br>Judge: Hon. Jon S. Tigar<br>Courtroom: 6 - 2nd Floor |
| Andre Dubus III, et al.,<br><br>        Plaintiffs,<br><br>   vs.<br><br>NVIDIA Corp.,<br><br>        Defendant. | |

# JOINT STIPULATION RE PROPOSED CASE SCHEDULE

Pursuant to Civil Local Rule 6-1 and the Court's Order After Case Management Conference (ECF No. 68), entered on September 9, 2024, the parties jointly submit the following proposed case schedule:

| Event | Proposed Date |
|---|---|
| Parties must submit stipulated ESI Protocol or each file letter brief up to 10 pages | September 19, 2024 |
| Parties must submit stipulated Protective Order or each file letter brief up to 10 pages | September 19, 2024 |
| If required, parties each submit responsive brief up to 5 pages regarding ESI Protocol | September 26, 2024 |
| If required, parties each submit responsive brief up to 5 pages regarding Protective Order | September 26, 2024 |
| Hearing on proposed Protective Order and ESI Protocol | October 16, 2024, 9:30 am PT |
| Date by which parties must submit an agreed upon Deposition Protocol or a joint letter brief regarding any disputed areas | March 25, 2025 |
| Deadline for Plaintiffs to file an amended pleading | April 15, 2025 |
| Substantial completion of productions | July 1, 2025 |
| Deadline for Producing party to complete production of privilege logs for any documents redacted or withheld on the basis of any privilege to date | July 17, 2025 |
| Close of Fact Discovery | November 20, 2025 |
| Service of Opening Expert Report(s) (on issues for which a party bears the burden of proof) | January 7, 2026 |
| Service of Rebuttal Expert Report(s) (on issues for which a party does not bear the burden of proof) | February 18, 2026 |
| Service of Expert Reply Report(s) | April 1, 2026 |

| Event | Proposed Date |
|---|---|
| Close of Expert Discovery | April 17, 2026 |
| Filing of Summary Judgment Motions on Fair Use[1] | May 19, 2026 |
| Filing of *Daubert* Motions | May 19, 2026 |
| Filing of Oppositions to Summary Judgment Motions on Fair Use | June 16, 2026 |
| Filing of Oppositions to *Daubert* Motions | June 16, 2026 |
| Filing of Replies in Support of Summary Judgment Motions on Fair Use | July 14, 2026 |
| Filing of Replies in Support of *Daubert* Motion(s) | July 14, 2026 |
| Hearing on Summary Judgment Motion on Fair Use and *Daubert* Motions | *At the Court's convenience* |
| Deadline for filing Class Certification Motion and/or other Rule 56 Motions | Dates to Be Confirmed |
| Deadline for filing Oppositions to Class Certification Motion and/or other Rule 56 Motions | Dates to Be Confirmed |
| Deadline for filing Replies in Support of Class Certification Motion and/or other Rule 56 Motions | Dates to Be Confirmed |
| Hearing on Class Certification and/or other Rule 56 Motions | *At the Court's convenience* |
| Trial Ready Date | Dates to Be Confirmed |

The parties reserve the right to seek to revisit the schedule should subsequent developments warrant such action.

---

[1] Per the Court's directive at the Case Management Conference on August 29, 2024, a party filing a motion for summary judgment in advance of class certification waives the one-way intervention rule.

| | |
|---|---|
| Dated: September 9, 2024 | Respectfully submitted, |
| | By: /s/ *Joseph R. Saveri* |
| | Joseph R. Saveri (SBN 130064) |
| | Christopher K.L. Young (SBN 318371) |
| | Elissa A. Buchanan (SBN 249996) |
| | Evan Creutz (SBN 349728) |
| | **JOSEPH SAVERI LAW FIRM, LLP** |
| | 601 California Street, Suite 1505 |
| | San Francisco, California 94108 |
| | Telephone: (415) 500-6800 |
| | Facsimile: (415) 395-9940 |
| | Email:    jsaveri@saverilawfirm.com |
| | cyoung@saverilawfirm.com |
| | eabuchanan@saverilawfirm.com |
| | ecreutz@saverilawfirm.com |
| | |
| | Matthew Butterick (SBN 250953) |
| | 1920 Hillhurst Avenue, #406 |
| | Los Angeles, CA 90027 |
| | Telephone: (323) 968-2632 |
| | Facsimile:  (415) 395-9940 |
| |       mb@buttericklaw.com |
| | |
| | Brian D. Clark (admitted *pro hac vice*) |
| | Laura M. Matson (admitted *pro hac vice*) |
| | Arielle Wagner (admitted *pro hac vice*) |
| | Eura Chang (admitted *pro hac vice*) |
| | **LOCKRIDGE GRINDAL NAUEN PLLP** |
| | 100 Washington Avenue South, Suite 2200 |
| | Minneapolis, MN 55401 |
| | Telephone:  (612)339-6900 |
| | Facsimile:   (612)339-0981 |
| |         bdclark@locklaw.com |
| |         lmmatson@locklaw.com |
| |         aswagner@locklaw.com |
| |         echang@locklaw.com |
| | |
| | *Attorneys for the* Nazemian *Plaintiffs and the Proposed Class* |

| | |
|---|---|
| Dated: September 9, 2024 | Respectfully submitted, |
| | By: /s/ Bryan L. Clobes |
| | Bryan L. Clobes (admitted *pro hac vice*) |
| | **CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP** |
| | 205 N. Monroe Street |
| | Media, PA 19063 |
| | Tel: 215-864-2800 |
| | bclobes@caffertyclobes.com |
| | |
| | Alexander J. Sweatman (admitted *pro hac vice*) |
| | Mohammed Rathur (admitted *pro hac vice*) |
| | **CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP** |
| | 135 South LaSalle Street, Suite 3210 |
| | Chicago, IL 60603 |
| | Tel: 312-782-4880 |
| | asweatman@caffertyclobes.com |
| | |
| | David A. Straite (admitted *pro hac vice*) |
| | **DiCELLO LEVITT LLP** |
| | 485 Lexington Avenue, Suite 1001 |
| | New York, NY 10017 |
| | Tel. (646) 933-1000 |
| | dstraite@dicellolevitt.com |
| | |
| | Amy E. Keller (admitted *pro hac vice*) |
| | Nada Djordjevic (admitted *pro hac vice*) |
| | James A. Ulwick (admitted *pro hac vice*) |
| | **DiCELLO LEVITT LLP** |
| | Ten North Dearborn Street, Sixth Floor |
| | Chicago, Illinois 60602 |
| | Tel. (312) 214-7900 |
| | akeller@dicellolevitt.com |
| | ndjordjevic@dicellolevitt.com |
| | julwick@dicellolevitt.com |
| | |
| | Brian O'Mara, SBN 229737 |
| | **DiCELLO LEVITT LLP** |
| | 4747 Executive Drive |
| | San Diego, California 92121 |
| | Telephone: (619) 923-3939 |
| | Facsimile: (619) 923-4233 |
| | briano@dicellolevitt.com |
| | |
| | *Counsel for the* Dubus *Plaintiffs and Proposed Class* |

| | |
|---|---|
| Dated: September 9, 2024 | Respectfully Submitted, |
| | By: /s/ Sean S. Pak |
| | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| | Sean S. Pak (SBN 219032)<br>seanpak@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700 |
| | Andrew H. Schapiro (admitted *pro hac vice*)<br>andrewschapiro@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, Illinois 60606<br>Telephone: (312) 705-7400<br>Facsimile: (312) 705-4001 |
| | Alex Spiro (admitted *pro hac vice*)<br>alexspiro@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100 |
| | *Attorneys for Defendant NVIDIA Corporation* |

# [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, and for good cause appearing, it is hereby ORDERED that the Parties shall adhere to the following case schedule:

| Event | Proposed Date |
|---|---|
| Parties must submit stipulated ESI Protocol or each file letter brief up to 10 pages | September 19, 2024 |
| Parties must submit stipulated Protective Order or each file letter brief up to 10 pages | September 19, 2024 |
| If required, parties each submit responsive brief up to 5 pages regarding ESI Protocol | September 26, 2024 |
| If required, parties each submit responsive brief up to 5 pages regarding Protective Order | September 26, 2024 |
| Hearing on proposed Protective Order and ESI Protocol | October 16, 2024, 9:30 am PT |
| Date by which parties must submit an agreed upon Deposition Protocol or a joint letter brief regarding any disputed areas | March 25, 2025 |
| Deadline for Plaintiffs to file an amended pleading | April 15, 2025 |
| Substantial completion of production | July 1, 2025 |
| Deadline for Producing party to complete production of privilege logs for any documents redacted or withheld on the basis of any privilege to date | July 17, 2025 |
| Close of Fact Discovery | November 20, 2025 |
| Service of Opening Expert Report(s) (on issues for which a party bears the burden of proof) | January 7, 2026 |
| Service of Rebuttal Expert Report(s) (on issues for which a party does not bear the burden of proof) | February 18, 2026 |
| Service of Expert Reply Report(s) | April 1, 2026 |
| Close of Expert Discovery | April 17, 2026 |

| Event | Proposed Date |
|---|---|
| Filing of Summary Judgment Motions on Fair Use[2] | May 19, 2026 |
| Filing of *Daubert* Motions | May 19, 2026 |
| Filing of Oppositions to Summary Judgment Motions on Fair Use | June 16, 2026 |
| Filing of Oppositions to *Daubert* Motions | June 16, 2026 |
| Filing of Replies in Support of Summary Judgment Motions on Fair Use | July 14, 2026 |
| Filing of Replies in Support of *Daubert* Motion(s) | July 14, 2026 |
| Hearing on Summary Judgment Motion on Fair Use and *Daubert* Motions | *At the Court's convenience* |
| Deadline for filing Class Certification Motion and/or other Rule 56 Motions | Dates to Be Confirmed |
| Deadline for filing Oppositions to Class Certification Motion and/or other Rule 56 Motions | Dates to Be Confirmed |
| Deadline for filing Replies in Support of Class Certification Motion and/or other Rule 56 Motions | Dates to Be Confirmed |
| Hearing on Class Certification and/or other Rule 56 Motions | *At the Court's convenience* |
| Trial Ready Date | Dates to Be Confirmed |

**IT IS SO ORDERED.**

Dated: _____                                   _____
                                                                                    The Honorable Jon S. Tigar
                                                                                     U.S. District Court Judge

---

[2] Per the Court's directive at the Case Management Conference on August 29, 2024, a party filing a motion for summary judgment in advance of class certification waives the one-way intervention rule.

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

The filer attests that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

Dated: September 9, 2024                              /s/ *Joseph R. Saveri*
                                                      Joseph R. Saveri