1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| Abdi Nazemian, et al.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>NVIDIA Corporation,<br><br>　　　　　Defendant. | Case No. 4:24-cv-01454-JST<br>Case No. 4:24-cv-02655-JST<br><br>**JOINT STIPULATION AND [~~PROPOSED~~]**<br>**ORDER RE CASE SCHEDULE**<br><br>Judge: Hon. Jon S. Tigar<br>Courtroom: 6 - 2nd Floor |
| Andre Dubus III, et al.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>NVIDIA Corp.,<br><br>　　　　　Defendant. | |

# JOINT STIPULATION RE PROPOSED CASE SCHEDULE

Pursuant to Civil Local Rule 6-1 and the Court's Order After Case Management Conference (ECF No. 68), entered on September 9, 2024, the parties jointly submit the following proposed case schedule:

| Event | Proposed Date |
|---|---|
| Parties must submit stipulated ESI Protocol or each file letter brief up to 10 pages | September 19, 2024 |
| Parties must submit stipulated Protective Order or each file letter brief up to 10 pages | September 19, 2024 |
| If required, parties each submit responsive brief up to 5 pages regarding ESI Protocol | September 26, 2024 |
| If required, parties each submit responsive brief up to 5 pages regarding Protective Order | September 26, 2024 |
| Hearing on proposed Protective Order and ESI Protocol | October 16, 2024, 9:30 am PT |
| Date by which parties must submit an agreed upon Deposition Protocol or a joint letter brief regarding any disputed areas | March 25, 2025 |
| Deadline for Plaintiffs to file an amended pleading | April 15, 2025 |
| Substantial completion of productions | July 1, 2025 |
| Deadline for Producing party to complete production of privilege logs for any documents redacted or withheld on the basis of any privilege to date | July 17, 2025 |
| Close of Fact Discovery | November 20, 2025 |
| Service of Opening Expert Report(s) (on issues for which a party bears the burden of proof) | January 7, 2026 |
| Service of Rebuttal Expert Report(s) (on issues for which a party does not bear the burden of proof) | February 18, 2026 |
| Service of Expert Reply Report(s) | April 1, 2026 |

| Event | Proposed Date |
|---|---|
| Close of Expert Discovery | April 17, 2026 |
| Filing of Summary Judgment Motions on Fair Use[1] | May 19, 2026 |
| Filing of *Daubert* Motions | May 19, 2026 |
| Filing of Oppositions to Summary Judgment Motions on Fair Use | June 16, 2026 |
| Filing of Oppositions to *Daubert* Motions | June 16, 2026 |
| Filing of Replies in Support of Summary Judgment Motions on Fair Use | July 14, 2026 |
| Filing of Replies in Support of *Daubert* Motion(s) | July 14, 2026 |
| Hearing on Summary Judgment Motion on Fair Use and *Daubert* Motions | *At the Court's convenience* |
| Deadline for filing Class Certification Motion and/or other Rule 56 Motions | Dates to Be Confirmed |
| Deadline for filing Oppositions to Class Certification Motion and/or other Rule 56 Motions | Dates to Be Confirmed |
| Deadline for filing Replies in Support of Class Certification Motion and/or other Rule 56 Motions | Dates to Be Confirmed |
| Hearing on Class Certification and/or other Rule 56 Motions | *At the Court's convenience* |
| Trial Ready Date | Dates to Be Confirmed |

The parties reserve the right to seek to revisit the schedule should subsequent developments warrant such action.

---

[1] Per the Court's directive at the Case Management Conference on August 29, 2024, a party filing a motion for summary judgment in advance of class certification waives the one-way intervention rule.

| | |
|---|---|
| Dated: September 9, 2024 | Respectfully submitted, |
| | By: /s/ Joseph R. Saveri |

                              Joseph R. Saveri (SBN 130064)
                              Christopher K.L. Young (SBN 318371)
                              Elissa A. Buchanan (SBN 249996)
                              Evan Creutz (SBN 349728)
                              **JOSEPH SAVERI LAW FIRM, LLP**
                              601 California Street, Suite 1505
                              San Francisco, California 94108
                              Telephone: (415) 500-6800
                              Facsimile: (415) 395-9940
                              Email:    jsaveri@saverilawfirm.com
                                                cyoung@saverilawfirm.com
                                                eabuchanan@saverilawfirm.com
                                                ecreutz@saverilawfirm.com

                              Matthew Butterick (SBN 250953)
                              1920 Hillhurst Avenue, #406
                              Los Angeles, CA 90027
                              Telephone: (323) 968-2632
                              Facsimile:  (415) 395-9940
                                        mb@butterickaw.com

                              Brian D. Clark (admitted *pro hac vice*)
                              Laura M. Matson (admitted *pro hac vice*)
                              Arielle Wagner (admitted *pro hac vice*)
                              Eura Chang (admitted *pro hac vice*)
                              **LOCKRIDGE GRINDAL NAUEN PLLP**
                              100 Washington Avenue South, Suite 2200
                              Minneapolis, MN 55401
                              Telephone:  (612)339-6900
                              Facsimile:  (612)339-0981
                                        bdclark@locklaw.com
                                        lmmatson@locklaw.com
                                        aswagner@locklaw.com
                                        echang@locklaw.com

                              *Attorneys for the* Nazemian *Plaintiffs and the Proposed Class*

| | |
|---|---|
| 1    Dated: September 9, 2024 | Respectfully submitted, |
| 2 | |
| 3 | By: */s/ Bryan L. Clobes* <br> Bryan L. Clobes (admitted *pro hac vice*) <br> **CAFFERTY CLOBES MERIWETHER** |
| 4 | **& SPRENGEL LLP** |
| 5 | 205 N. Monroe Street <br> Media, PA 19063 <br> Tel: 215-864-2800 |
| 6 | bclobes@caffertyclobes.com |
| 7 | |
| 8 | Alexander J. Sweatman (admitted *pro hac vice*) <br> Mohammed Rathur (admitted *pro hac vice*) <br> **CAFFERTY CLOBES MERIWETHER** |
| 9 | **& SPRENGEL LLP** |
| 10 | 135 South LaSalle Street, Suite 3210 <br> Chicago, IL 60603 |
| 11 | Tel: 312-782-4880 <br> asweatman@caffertyclobes.com |
| 12 | |
| 13 | David A. Straite (admitted *pro hac vice*) <br> **DiCELLO LEVITT LLP** |
| 14 | 485 Lexington Avenue, Suite 1001 <br> New York, NY 10017 |
| 15 | Tel. (646) 933-1000 <br> dstraite@dicellolevitt.com |
| 16 | |
| 17 | Amy E. Keller (admitted *pro hac vice*) <br> Nada Djordjevic (admitted *pro hac vice*) |
| 18 | James A. Ulwick (admitted *pro hac vice*) <br> **DiCELLO LEVITT LLP** |
| 19 | Ten North Dearborn Street, Sixth Floor <br> Chicago, Illinois 60602 |
| 20 | Tel. (312) 214-7900 <br> akeller@dicellolevitt.com |
| 21 | ndjordjevic@dicellolevitt.com <br> julwick@dicellolevitt.com |
| 22 | |
| 23 | Brian O'Mara, SBN 229737 <br> **DiCELLO LEVITT LLP** |
| 24 | 4747 Executive Drive <br> San Diego, California 92121 |
| 25 | Telephone: (619) 923-3939 <br> Facsimile: (619) 923-4233 |
| 26 | briano@dicellolevitt.com |
| 27 | *Counsel for the* Dubus *Plaintiffs and Proposed Class* |
| 28 | |

Case No. 4:24-cv-01454-JST           4
Case No. 4:24-cv-02655-JST

JOINT STIPULATION RE CASE SCHEDULE

| | |
|---|---|
| Dated: September 9, 2024 | Respectfully Submitted, |
| | By: /s/ Sean S. Pak |

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-4001

Alex Spiro (admitted *pro hac vice*)
alexspiro@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Defendant NVIDIA Corporation*

# [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the Parties, and for good cause appearing, it is hereby ORDERED that the Parties shall adhere to the following case schedule:

| **Event** | **Proposed Date** |
|---|---|
| Parties must submit stipulated ESI Protocol or each file letter brief up to 10 pages | September 19, 2024 |
| Parties must submit stipulated Protective Order or each file letter brief up to 10 pages | September 19, 2024 |
| If required, parties each submit responsive brief up to 5 pages regarding ESI Protocol | September 26, 2024 |
| If required, parties each submit responsive brief up to 5 pages regarding Protective Order | September 26, 2024 |
| Hearing on proposed Protective Order and ESI Protocol | October 16, 2024, 9:30 am PT |
| Date by which parties must submit an agreed upon Deposition Protocol or a joint letter brief regarding any disputed areas | March 25, 2025 |
| Deadline for Plaintiffs to file an amended pleading | April 15, 2025 |
| Substantial completion of production | July 1, 2025 |
| Deadline for Producing party to complete production of privilege logs for any documents redacted or withheld on the basis of any privilege to date | July 17, 2025 |
| Close of Fact Discovery | November 20, 2025 |
| Service of Opening Expert Report(s) (on issues for which a party bears the burden of proof) | January 7, 2026 |
| Service of Rebuttal Expert Report(s) (on issues for which a party does not bear the burden of proof) | February 18, 2026 |
| Service of Expert Reply Report(s) | April 1, 2026 |
| Close of Expert Discovery | April 17, 2026 |

| Event | Proposed Date |
|---|---|
| Filing of Summary Judgment Motions on Fair Use[2] | May 19, 2026 |
| Filing of *Daubert* Motions | May 19, 2026 |
| Filing of Oppositions to Summary Judgment Motions on Fair Use | June 16, 2026 |
| Filing of Oppositions to *Daubert* Motions | June 16, 2026 |
| Filing of Replies in Support of Summary Judgment Motions on Fair Use | July 14, 2026 |
| Filing of Replies in Support of *Daubert* Motion(s) | July 14, 2026 |
| Hearing on Summary Judgment Motion on Fair Use and *Daubert* Motions | *At the Court's convenience* |
| Deadline for filing Class Certification Motion and/or other Rule 56 Motions | Dates to Be Confirmed |
| Deadline for filing Oppositions to Class Certification Motion and/or other Rule 56 Motions | Dates to Be Confirmed |
| Deadline for filing Replies in Support of Class Certification Motion and/or other Rule 56 Motions | Dates to Be Confirmed |
| Hearing on Class Certification and/or other Rule 56 Motions | *At the Court's convenience* |
| Trial Ready Date | Dates to Be Confirmed |

**IT IS SO ORDERED.**

Dated: September 11, 2024

_____
The Honorable Jon S. Tigar
U.S. District Court Judge

---

[2] Per the Court's directive at the Case Management Conference on August 29, 2024, a party filing a motion for summary judgment in advance of class certification waives the one-way intervention rule.