UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDI NAZEMIAN, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>NVIDIA CORPORATION,<br><br>        Defendant. | Case No. 24-cv-01454-JST<br><br>**ORDER** |

On September 19, 2024, Plaintiffs filed their brief in support of Plaintiffs' proposed ESI and protective orders. ECF No. 74. Attached to the brief were Plaintiffs' Proposed Order re the Discovery of ESI, ECF No. 74-3, and Proposed Protective Order for Litigation Involving Highly Sensitive Information and/or Trade Secrets. Plaintiffs' proposed orders are based on the Northern District of California's model orders, but Plaintiffs did not provide redlined versions and so the changes they made to the model orders are not readily apparent.

Section G of the undersigned's Standing Order for All Civil Cases provides as follows:

> Parties who seek a protective order or order re: discovery of ESI must, where practicable, use one of the model stipulated orders available at https://cand.uscourts.gov/model-protective-orders or https://cand.uscourts.gov/eDiscoveryGuidelines. *Parties must file one of the following with any proposed protective order or order re: discovery of ESI: (a) a declaration stating that the proposed order is identical to one of the model orders except for the addition of case-identifying information or the elimination of language denoted as optional; (b) a declaration explaining each modification to the model order, along with a redline version comparing the proposed order with the model order; or (c) a declaration explaining why use of one of the model orders is not practicable.* Proposed orders that are not accompanied by one of the required declarations will be denied without prejudice.

1  Standing Order for All Civil Cases Before District Judge Jon S. Tigar § G (emphasis added).

2  Plaintiffs shall file compliant redlined versions of their proposed orders by October 17, 2024 at

3  noon.  The hearing scheduled for October 16, 2024 at 9:30 a.m. is continued to October 21, 2024.

4  **IT IS SO ORDERED.**

5  Dated:  October 15, 2024



JON S. TIGAR
United States District Judge