[Counsel on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| Abdi Nazemian, et al., | Case No. 4:24-cv-01454-JST |
| Plaintiffs, | Case No. 4:24-cv-02655-JST |
| vs. | **JOINT SUBMISSION REGARDING PROPOSED MAGISTRATE JUDGES TO SUPERVISE DISCOVERY** |
| NVIDIA Corporation, | |
| Defendant. | |
| | |
| Andre Dubus III, et al., | |
| Plaintiffs, | |
| vs. | |
| NVIDIA Corporation, | |
| Defendant. | |

1  Pursuant to the Court's Order After Case Management Conference (ECF No. 68), counsel
2  for Defendant NVIDIA, *Nazemian* Plaintiffs, and *Dubus* Plaintiffs have met and conferred regarding
3  Magistrate Judges seated in either the Oakland or San Francisco Divisions of the Northern District
4  of California to supervise discovery in both actions. The parties jointly propose the following
5  Magistrate Judges for the Court's consideration:
6  - Hon. Sallie Kim
7  - Hon. Kandis A. Westmore

| | |
|---|---|
| Dated: October 15, 2024 | Respectfully submitted,<br>By: /s/ *Joseph R. Saveri*<br><br>Joseph R. Saveri (State Bar No. 130064)<br>Christopher K.L. Young (State Bar No. 318371)<br>Elissa A. Buchanan (State Bar No. 249996)<br>Evan Creutz (State Bar No. 349728)<br>**JOSEPH SAVERI LAW FIRM, LLP**<br>601 California Street, Suite 1505<br>San Francisco, California 94108<br>Telephone: (415) 500-6800<br>Facsimile: (415) 395-9940<br>Email: jsaveri@saverilawfirm.com<br>cyoung@saverilawfirm.com<br>eabuchanan@saverilawfirm.com<br>ecreutz@saverilawfirm.com<br><br>Matthew Butterick (State Bar No. 250953)<br>1920 Hillhurst Avenue, #406<br>Los Angeles, CA 90027<br>Telephone: (323) 968-2632<br>Facsimile: (415) 395-9940<br>Email: mb@buttericklaw.com<br><br>Brian D. Clark (*pro hac vice*)<br>Laura M. Matson (*pro hac vice*)<br>Arielle Wagner (*pro hac vice*)<br>Eura Chang (*pro hac vice*)<br>**LOCKRIDGE GRINDAL NAUEN PLLP**<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>Telephone: (612)339-6900<br>Facsimile: (612)339-0981<br>Email: bdclark@locklaw.com<br>lmmatson@locklaw.com<br>aswagner@locklaw.com<br>echang@locklaw.com<br><br>*Attorneys for Plaintiffs and the Proposed Class in the* Nazemian *Action* |

| | |
|---|---|
| 1 | Bryan L. Clobes (*pro hac vice*) |
| | Alexander J. Sweatman (*pro hac vice*) |
| 2 | Mohammed A. Rathur (*pro hac vice*) |
| | **CAFFERTY CLOBES MERIWETHER** |
| 3 | **& SPRENGEL LLP** |
| | 135 South LaSalle Street, Suite 3210 |
| 4 | Chicago, IL 60603 |
| | Telephone:     312-782-4880 |
| 5 | bclobes@caffertyclobes.com |
| | asweatman@caffertyclobes.com |
| 6 | mrathur@caffertyclobes.com |
| 7 | |
| | Amy E. Keller (*pro hac vice*) |
| 8 | Nada Djordjevic (*pro hac vice*) |
| | James A. Ulwick (*pro hac vice*) |
| 9 | **DiCELLO LEVITT LLP** |
| | Ten North Dearborn Street, Sixth Floor |
| 10 | Chicago, Illinois 60602 |
| | Tel. (312) 214-7900 |
| 11 | akeller@dicellolevitt.com |
| | ndjordjevic@dicellolevitt.com |
| 12 | julwick@dicellolevitt.com |
| 13 | |
| 14 | David A. Straite (*pro hac vice*) |
| | **DiCELLO LEVITT LLP** |
| 15 | 485 Lexington Avenue, Suite 1001 |
| | New York, NY 10017 |
| 16 | Tel. (646) 933-1000 |
| | dstraite@dicellolevitt.com |
| 17 | |
| 18 | *Attorneys for Plaintiffs and the Proposed Class in the* Dubus *Action* |
| 19 | |
| 20 | Dated: October 15, 2024                     Respectfully Submitted, |
| 21 | By:  */s/ Sean S. Pak* |
| 22 | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| 23 | Sean S. Pak (SBN 219032) |
| | seanpak@quinnemanuel.com |
| 24 | 50 California Street, 22nd Floor |
| | San Francisco, CA 94111 |
| 25 | Telephone: (415) 875-6600 |
| | Facsimile: (415) 875-6700 |
| 26 | |
| 27 | Andrew H. Schapiro (admitted *pro hac vice*) |
| | andrewschapiro@quinnemanuel.com |
| 28 | |

|   |   |
|---|---|
| 1 | 191 N. Wacker Drive, Suite 2700 |
| 2 | Chicago, Illinois 60606 |
|   | Telephone: (312) 705-7400 |
|   | Facsimile: (312) 705-4001 |

Alex Spiro (admitted *pro hac vice*)
alexspiro@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Defendant NVIDIA Corporation*