UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| Abdi Nazemian, et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>NVIDIA Corporation,<br><br>　　　　Defendant. | Case No. 4:24-cv-01454-JST<br>Case No. 4:24-cv-02655-JST<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE ESI PROTOCOL AND PROTECTIVE ORDER SCHEDULE**<br><br>Judge: Hon. Jon S. Tigar<br>Courtroom: 6 - 2nd Floor |
| Andre Dubus III, et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>NVIDIA Corporation,<br><br>　　　　Defendant. | |

Pursuant to Civil Local Rule 7-12 and the Court's Minute Entry for proceedings held on October 21, 2024, (ECF No. 80), the undersigned Parties to the above-captioned action, by and through their respective counsel of record, hereby stipulate the following:

1. WHEREAS, on August 29, 2024, the Parties appeared before the Honorable Judge Tigar for an Initial Case Management Conference, (ECF No. 66);

2. WHEREAS, on September 9, 2024, the Court ordered the Parties to meet and confer on a proposed protective order and ESI protocol order, and established a schedule and requirements for submitting briefs if Parties could not reach agreement, (ECF No. 68);

3. WHEREAS, the Parties submitted their respective ESI protocol and protective order proposals and accompanying briefs on September 9, 2024, (ECF Nos. 73, 74), and responses and supplemental submissions thereafter (ECF Nos. 75, 76, 79);

4. WHEREAS, on October 21, 2024, the Parties appeared before the Court to present arguments regarding their respective ESI protocols and protective order proposals (ECF No. 80);

5. WHEREAS, the Court directed the Parties to further meet and confer to resolve disputed issues in their respective ESI protocol and protective order proposals, and to submit a stipulation or competing proposals with accompanying briefs by November 4, 2024, (ECF No. 80);

6. WHEREAS, the Parties have engaged in multiple meet and confer conferences and exchanged redlined drafts of the ESI protocol and protective order proposals since October 21, 2024, and have made significant progress toward narrowing the disputed issues in the respective proposals;

7. WHEREAS, the Parties believe that they can make additional progress by continuing to meet and confer on the remaining disputed issues.

NOW, THEREFORE IT IS HEREBY STIPULATED, by and between the Parties and their respective counsel, that the Parties' deadline to submit a stipulation, or competing proposed ESI Protocols, Protective Orders, and supportive briefs not to exceed 5 pages, shall be extended from November 4, 2024, to November 14, 2024.

Dated: November 4, 2024

Respectfully submitted,

By: /s/ Joseph R. Saveri

Joseph R. Saveri (SBN 130064)
Christopher K.L. Young (SBN 318371)
Elissa A. Buchanan (SBN 249996)
Evan Creutz (SBN 349728)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email:   jsaveri@saverilawfirm.com
            cyoung@saverilawfirm.com
            eabuchanan@saverilawfirm.com
            ecreutz@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile:  (415) 395-9940
            mb@butterick234law.com

Brian D. Clark (admitted *pro hac vice*)
Laura M. Matson (admitted *pro hac vice*)
Arielle Wagner (admitted *pro hac vice*)
Eura Chang (admitted *pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612)339-6900
Facsimile:  (612)339-0981
            bdclark@locklaw.com
            lmmatson@locklaw.com
            aswagner@locklaw.com
            echang@locklaw.com

*Attorneys for the* Nazemian *Plaintiffs and the Proposed Class*

| | |
|---|---|
| Dated: November 4, 2024 | Respectfully submitted,<br><br>By:  /s/ Bryan L. Clobes<br>Bryan L. Clobes (admitted *pro hac vice*)<br>Alexander J. Sweatman (admitted *pro hac vice*)<br>Mohammed Rathur (admitted *pro hac vice*)<br>**CAFFERTY CLOBES MERIWETHER**<br>**& SPRENGEL LLP**<br>135 South LaSalle Street, Suite 3210<br>Chicago, IL 60603<br>Tel: 312-782-4880<br>bclobes@caffertyclobes.com<br>asweatman@caffertyclobes.com<br>mrathur@caffertyclobes.com<br><br>David A. Straite (admitted *pro hac vice*)<br>**DiCELLO LEVITT LLP**<br>485 Lexington Avenue, Suite 1001<br>New York, NY 10017<br>Tel. (646) 933-1000<br>dstraite@dicellolevitt.com<br><br>Amy E. Keller (admitted *pro hac vice*)<br>Nada Djordjevic (admitted *pro hac vice*)<br>James A. Ulwick (admitted *pro hac vice*)<br>**DiCELLO LEVITT LLP**<br>Ten North Dearborn Street, Sixth Floor<br>Chicago, Illinois 60602<br>Tel. (312) 214-7900<br>akeller@dicellolevitt.com<br>ndjordjevic@dicellolevitt.com<br>julwick@dicellolevitt.com<br><br>Brian O'Mara (SBN 229737)<br>**DiCELLO LEVITT LLP**<br>4747 Executive Drive<br>San Diego, California 92121<br>Telephone: (619) 923-3939<br>Facsimile: (619) 923-4233<br>briano@dicellolevitt.com<br><br>*Counsel for the* Dubus *Plaintiffs and Proposed Class* |

| | |
|---|---|
| Dated: November 4, 2024 | Respectfully Submitted, |
| | By: /s/ Sean S. Pak |
| | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Sean S. Pak (SBN 219032)<br>seanpak@quinnemanuel.com<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700 |
| | Andrew H. Schapiro (admitted *pro hac vice*)<br>andrewschapiro@quinnemanuel.com<br>191 N. Wacker Drive, Suite 2700<br>Chicago, Illinois 60606<br>Telephone: (312) 705-7400<br>Facsimile: (312) 705-4001 |
| | Alex Spiro (admitted *pro hac vice*)<br>alexspiro@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100 |
| | *Attorneys for Defendant NVIDIA Corporation* |

**[PROPOSED] ORDER**

Pursuant to the stipulation of the Parties, and for good cause appearing, it is hereby ORDERED that the Parties deadline for filing a stipulated ESI Protocol and stipulated Protective Order, or filing the Parties' respective proposals and briefs shall be continued to November 14, 2024.

**IT IS SO ORDERED.**

Dated: _____                    _____

The Honorable Jon S. Tigar
U.S. District Court Judge

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

The filer attests that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

Dated: November 4, 2024                                            /s/ *Joseph R. Saveri*
                                                                                    Joseph R. Saveri