QUINN EMANUEL URQUHART & SULLIVAN, LLP
Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Andrew H. Schapiro (admitted pro hac vice)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-4001

Alex Spiro (admitted pro hac vice)
alexspiro@quinnemanuel.com
295 5th Avenue
New York, NY 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Defendant NVIDIA Corporation*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ABDI NAZEMIAN, BRIAN KEENE, and STEWART O'NAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NVIDIA Corporation,<br><br>Defendant. | Case No. 4:24-cv-01454-JST<br>Case No. 4:24-cv-02655-JST<br><br>**NVIDIA CORPORATION'S NOTICE OF CHANGE OF ADDRESS FOR CERTAIN COUNSEL** |
| ANDRES DUBUS III and SUSAN ORLEAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NVIDIA Corporation,<br><br>Defendant. | |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the mailing address of Alex Spiro, Ron Hagiz, Jessica Rose, and Cary E. Adickman, counsel for Defendant NVIDIA Corporation, has changed. The new mailing address is as follows:

QUINN EMANUEL URQUHART & SULLIVAN, LLP
295 Fifth Avenue
New York, New York 10016

All other contact information has remained unchanged.

DATED: December 13, 2024             Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP


By _____/s/ Sean S. Pak_____

Attorneys for Defendant NVIDIA Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2024, I electronically filed the foregoing with the Clerk of the U.S. District Court for the Northern District of California via the CM/ECF system, which automatically notified all counsel of record of the filing electronically.

*/s/ Cary E. Adickman*
Cary E. Adickman

-1-

Case No. 4:24-cv-01454-JST
Case No. 4:24-cv-02655-JST
CERTIFICATE OF SERVICE