UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ABDI NAZEMIAN, et al., | Case No. 24-cv-01454-JST |
| --- | --- |
| Plaintiffs, | Case No. 4:24-cv-02655-JST |
| v. | **ORDER REFERRING ALL DISCOVERY DISPUTES TO MAGISTRATE JUDGE** |
| NVIDIA CORPORATION, | |
| Defendant. | |
| ANDRES DUBUS III and SUSAN ORLEAN, individually and on behalf of all others similarly situated., | |
| Plaintiffs, | |
| v. | |
| NVIDIA Corporation, | |
| Defendant. | |

Discovery disputes in these related cases are referred to Magistrate Judge Kandis Westmore. All further discovery matters shall be filed pursuant to Magistrate Judge Westmore's procedures.

**IT IS SO ORDERED**.

Dated: February 14, 2025

_____
JON S. TIGAR
United States District Judge