UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDI NAZEMIAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NVIDIA CORPORATION, <br><br> Defendant. | Case No. 4:24-cv-01454-JST <br> Case No. 4:24-cv-02655-JST <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| ANDRES DUBUS III and SUSAN ORLEAN, individually and on behalf of all others similarly situated., <br><br> Plaintiffs, <br><br> v. <br><br> NVIDIA Corporation, <br><br> Defendant. | |

The Court having reviewed the parties' most recent case management statement, and it appearing that there currently are no matters requiring the Court's attention, the case management conference scheduled for February 14, 2025 is CONTINUED to May 9, 2025 at 1:30 p.m. An updated joint case management statement is due May 2, 2025.

**IT IS SO ORDERED**.

Dated: February 14, 2025



JON S. TIGAR
United States District Judge