UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ABDI NAZEMIAN, et al., | Case No. 24-cv-01454-JST |
| Plaintiffs, | Case No. 24-cv-02655-JST |
| v. | |
| NVIDIA CORPORATION, | ORDER OF RECUSAL |
| Defendant. | |
| ANDRES DUBUS III, et al. | |
| Plaintiffs, | |
| v. | |
| NVIDIA CORPORATION, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

This matter was referred to the undersigned for discovery disputes. The court recuses itself from this matter.

IT IS SO ORDERED.

Dated: February 19, 2025

_____
KANDIS A. WESTMORE
United States Magistrate Judge