1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| Abdi Nazemian, et al.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>NVIDIA Corporation,<br><br>    Defendant. | Case No. 4:24-cv-01454-JST (SK)<br>Case No. 4:24-cv-02655-JST (SK)<br><br>**JOINT STIPULATION AND ORDER RE DEPOSITION PROTOCOL SUBMISSION DEADLINE** |
| Andre Dubus III, et al.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>NVIDIA Corporation,<br><br>    Defendant. | |

Pursuant to Civil Local Rule 7-12, the undersigned Parties to the above-captioned action, by and through their respective counsel of record, hereby stipulate the following:

1. WHEREAS, on August 29, 2024, the Parties appeared before the Honorable Judge Tigar for an Initial Case Management Conference, (Case No. 4:24-cv-01454-JST (SK) ("*Nazemian*"), ECF No. 66; Case No. 4:24-cv-02655-JST (SK) ("*Dubus*"), ECF No. 56), and the Court ordered the Parties to meet and confer on a proposed case schedule (*Nazemian*, ECF No. 68; *Dubus*, ECF No. 57);

2. WHEREAS, on September 9, 2024 in the *Nazemian* case and on September 10, 2024 in the *Dubus* case the Parties submitted a stipulated case schedule, which included March 25, 2025 as the deadline by which the parties must submit an agreed upon Deposition Protocol or a joint letter brief regarding any disputed areas (*Nazemian*, ECF No. 70; *Dubus*, ECF No. 58);

3. WHEREAS, on September 11, 2024, the Court ordered the parties' stipulated case schedule, including the Deposition Protocol submission deadline (*Nazemian*, ECF No. 71; *Dubus*, ECF No. 59);

4. WHEREAS, on March 6 and 12, 2025, additional counsel joined the case for Plaintiffs (*Nazemian*, ECF Nos. 106-122, 124-26);

5. WHEREAS, the Parties believe that an extension of the Deposition Protocol deadline is needed so they can make progress toward a stipulated protocol; and

6. WHEREAS, the requested extension will not affect any other date scheduled in this case;

NOW, THEREFORE IT IS HEREBY STIPULATED AND AGREED by and between the Parties and their respective counsel, subject to the Court's approval, that the Parties' deadline to submit an agreed upon Deposition Protocol or a joint letter brief regarding any disputed areas, shall be extended from March 25, 2025 to April 24, 2025.

Dated: March 21, 2025                          Respectfully submitted,

                                               By:  /s/ Joseph R. Saveri

                                               Joseph R. Saveri (SBN 130064)
                                               Christopher K.L. Young (SBN 318371)
                                               Evan Creutz (SBN 349728)
                                               Elissa A. Buchanan (SBN 249996)
                                               William Castillo Guardado (SBN 294159)
                                               **JOSEPH SAVERI LAW FIRM, LLP**
                                               601 California Street, Suite 1505
                                               San Francisco, California 94108
                                               Telephone: (415) 500-6800
                                               Facsimile: (415) 395-9940
                                               jsaveri@saverilawfirm.com
                                               cyoung@saverilawfirm.com
                                               ecreutz@saverilawfirm.com
                                               eabuchanan@saverilawfirm.com
                                               wcastillo@saverilawfirm.com

                                               Matthew Butterick (SBN 250953)
                                               1920 Hillhurst Avenue, #406
                                               Los Angeles, CA 90027
                                               Telephone: (323) 968-2632
                                               Facsimile:  (415) 395-9940
                                                       mb@buttericklaw.com

                                               Brian D. Clark (admitted *pro hac vice*)
                                               Laura M. Matson (admitted *pro hac vice*)
                                               Arielle Wagner (admitted *pro hac vice*)
                                               Eura Chang (admitted *pro hac vice*)
                                               **LOCKRIDGE GRINDAL NAUEN PLLP**
                                               100 Washington Avenue South, Suite 2200
                                               Minneapolis, MN 55401
                                               Telephone:  (612)339-6900
                                               Facsimile:   (612)339-0981
                                                       bdclark@locklaw.com
                                                       lmmatson@locklaw.com
                                                       aswagner@locklaw.com
                                                       echang@locklaw.com

                                               Justin A. Nelson (admitted *pro hac vice*)
                                               Alejandra C. Salinas (admitted *pro hac vice*)
                                               **SUSMAN GODFREY L.L.P**
                                               1000 Louisiana Street, Suite 5100
                                               Houston, TX 77002-5096
                                               Telephone: (713) 651-9366

1   jnelson@susmangodfrey.com
    asalinas@susmangodfrey.com

2

3   Rohit D. Nath (SBN 316062)
    **SUSMAN GODFREY L.L.P**
4   1900 Avenue of the Stars, Suite 1400
    Los Angeles, CA 90067-2906
5   Telephone: (310) 789-3100
    RNath@susmangodfrey.com

6

7   Elisha Barron (admitted *pro hac vice*)
    Craig Smyser (admitted *pro hac vice*)
8   **SUSMAN GODFREY L.L.P**
    One Manhattan West, 51st Floor
9   New York, NY 10019
    Telephone: (212) 336-8330
10  ebarron@susmangodfrey.com
    csmyser@susmangodfrey.com
11

12  Jordan W. Connors (admitted *pro hac vice*)
    Trevor D. Nystrom (admitted *pro hac vice*)
13  **SUSMAN GODFREY L.L.P**
    401 Union Street, Suite 3000
14  Seattle, WA 98101
    Telephone: (206) 516-3880
15  jconnors@susmangodfrey.com
    tnystrom@susmangodfrey.com
16

17  Rachel J. Geman (pro hac vice)
    Danna Z. Elmasry (pro hac vice)
18  **LIEFF CABRASER HEIMANN
    & BERNSTEIN, LLP**
19  250 Hudson Street, 8th Floor
    New York, NY 10013
20  Tel.: 212.355.9500
    rgeman@lchb.com
21  delmasry@lchb.com

22

23  Anne B. Shaver
    **LIEFF CABRASER HEIMANN
24  & BERNSTEIN, LLP**
    275 Battery Street, 29th Floor
25  San Francisco, CA 94111
    Tel.: 415.956.1000
26  ashaver@lchb.com

27  Betsy A. Sugar (pro hac vice)
    **LIEFF CABRASER HEIMANN**

                    **& BERNSTEIN, LLP**
222 2nd Avenue S. Suite 1640
Nashville, TN 37201
Tel.: 615.313.9000
bsugar@lchb.com

*Attorneys for the* Nazemian *Plaintiffs and the Proposed Class*

| | |
|---|---|
| Dated: March 21, 2025 | Respectfully submitted, |
| | By: /s/ Bryan L. Clobes |
| | Bryan L. Clobes (admitted *pro hac vice*) |
| | Alexander J. Sweatman (admitted *pro hac vice*) |
| | Mohammed Rathur (admitted *pro hac vice*) |
| | **CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP** |
| | 135 South LaSalle Street, Suite 3210 |
| | Chicago, IL 60603 |
| | Tel: 312-782-4880 |
| | bclobes@caffertyclobes.com |
| | asweatman@caffertyclobes.com |
| | mrathur@caffertyclobes.com |
| | |
| | David A. Straite (admitted *pro hac vice*) |
| | **DiCELLO LEVITT LLP** |
| | 485 Lexington Avenue, Suite 1001 |
| | New York, NY 10017 |
| | Tel. (646) 933-1000 |
| | dstraite@dicellolevitt.com |
| | |
| | Amy E. Keller (admitted *pro hac vice*) |
| | Nada Djordjevic (admitted *pro hac vice*) |
| | James A. Ulwick (admitted *pro hac vice*) |
| | **DiCELLO LEVITT LLP** |
| | Ten North Dearborn Street, Sixth Floor |
| | Chicago, Illinois 60602 |
| | Tel. (312) 214-7900 |
| | akeller@dicellolevitt.com |
| | ndjordjevic@dicellolevitt.com |
| | julwick@dicellolevitt.com |
| | |
| | Brian O'Mara (SBN 229737) |
| | **DiCELLO LEVITT LLP** |
| | 4747 Executive Drive |
| | San Diego, California 92121 |
| | Telephone: (619) 923-3939 |
| | Facsimile: (619) 923-4233 |
| | briano@dicellolevitt.com |
| | |
| | *Counsel for the* Dubus *Plaintiffs and Proposed Class* |

| | |
|---|---|
| Dated: March 21, 2025 | Respectfully Submitted, |
| | By: /s/ Sean S. Pak |

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-4001

Alex Spiro (admitted *pro hac vice*)
alexspiro@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Defendant NVIDIA Corporation*

**ORDER**

Pursuant to the stipulation of the Parties, it is hereby ORDERED that the Parties' deadline for filing an agreed upon Deposition Protocol, or filing a joint letter brief with the Parties' respective proposals shall be continued to April 24, 2025.

**IT IS SO ORDERED.**

Dated: March 25, 2025

The Honorable Sallie Kim
U.S. Magistrate Judge

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

The filer attests that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

Dated: March 21, 2025                                                          /s/ *Sean S. Pak*
                                                                                                Sean S. Pak