CAND Pay.gov Application for Refund (rev. 3/2025)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

*IMPORTANT*:
- Complete all required fields (shown in **red\***); otherwise, your request may be denied and require resubmission.
- The information for the required receipt fields can be found in the Pay.gov screen receipt or confirmation email.

1. **Your Name\*:** CeCe Cole
2. **Your Email Address\*:** ccole@cdas.com
3. **Receipt Agency Tracking ID for Refund\*:** ACANDC-20620061
4. **Transaction Date for Refund\*:** 04/29/2025
5. **Transaction Amount to be Refunded\*:** $328.00
6. **Receipt Agency Tracking ID for Correct Receipt Number on Docket\*:** ACANDC-20626279
7. **Your Phone Number:** 212-497-0975
8. **Full Case Number (if applicable):** 4:24-cv-01454-JST

9. **Fee Type:\***
- [ ] Attorney Admission
- [ ] Civil Case Filing
- [ ] Audio Recording
- [ ] Notice of Appeal
- [✔] Pro Hac Vice
- [ ] Writ of Habeas Corpus
- [ ] Other: _____

10. **Reason for Refund Request\*:** *Explain in detail what happened to cause duplicate charges, no fee required, etc.*

- [✔] Duplicate Charge
- [ ] No Fee Required for Filing
- [ ] Other

I accidentally paid the pro hac fee in connection with case number 3:24-cv-01451 when I should have paid the pro hac fee in this case (4:24-cv-01454). I did not realize that the fee payment was case specific. I have since paid the fee in connection with this case and refiled my motion (ECF 137).

*If you paid a filing fee using an abandoned case number, note that case number here and e-file the refund request in the **open** case.*

✓ **Efile this form:** OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

View detailed instructions at: cand.uscourts.gov/ecf/payments.

Assistance: Contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday - Friday 9:00 a.m.-4:00 p.m.

| FOR U.S. DISTRICT COURT USE ONLY | |
|---|---|
| Refund request: | [✓] Approved    [ ] Denied    [ ] Denied — Resubmit amended application (see reason for denial) |
| Approval/denial date: | APPROVED By Ana Banares at 3:59 pm, May 05, 2025 |
| Pay.gov refund tracking ID refunded: | 27NUUMPP |
| Date refund processed: | 05/08/2025 |
| Request approved/denied by: | |
| Agency refund tracking ID number: | |
| Refund processed by: | |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |