1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| Abdi Nazemian, et al., | Master File Case No. 4:24-cv-01454-JST (SK) |
| Plaintiffs, | |
| vs. | **FURTHER JOINT STIPULATION AND [PROPOSED] ORDER RE DEPOSITION PROTOCOL SUBMISSION DEADLINE** |
| NVIDIA Corporation, | |
| Defendant. | |

Case No. 4:24-cv-01454-JST (SK)
Case No. 4:24-cv-02655-JST (SK)

Pursuant to Civil Local Rule 7-12, the undersigned Parties to the above-captioned action, by and through their respective counsel of record, hereby stipulate the following:

1. WHEREAS, on March 21, 2025, the Parties filed a joint stipulation to extend the Parties' deadline to submit an agreed upon Deposition Protocol or a joint letter brief regarding any disputed areas, from March 25, 2025 to April 24, 2025, which was granted on March 25, 2025 (*Nazemian*, ECF Nos. 128, 130; *Dubus*, ECF Nos. 82, 84);

2. WHEREAS on April 22, 2025, the Parties filed a joint stipulation to extend the Parties' deadline to submit an agreed upon Deposition Protocol or a joint letter brief regarding any disputed areas, from April 24, 2025 to May 15, 2025, which was granted on April 22, 2025 (*Nazemian*, ECF Nos. 131, 132; *Dubus*, ECF Nos. 85, 86);

3. WHEREAS, the parties have made progress toward an agreed deposition protocol, but require additional time to confer regarding the remaining disputed issues, and certain issues may require modifications to the Court's scheduling order (ECF No. 71);

4. WHEREAS, the parties believe that a further extension of the Deposition Protocol deadline is needed so they can avoid burdening the Court with disputes that they may be able to resolve with additional time;

NOW, THEREFORE IT IS HEREBY STIPULATED AND AGREED by and between the Parties and their respective counsel, subject to the Court's approval, that the Parties' deadline to submit an agreed upon Deposition Protocol or a joint letter brief regarding any disputed areas, shall be further extended from May 15, 2025 to May 28, 2025, and the parties will submit any jointly-proposed revisions to the schedule by May 28, 2025.

| | |
|---|---|
| Dated: May 15, 2025 | Respectfully Submitted, |
| | By: /s/ Elisha Barron |

        Joseph R. Saveri (SBN 130064)
        Christopher K.L. Young (SBN 318371)
        Evan Creutz (SBN 349728)
        Elissa A. Buchanan (SBN 249996)
        William Castillo Guardado (SBN 294159)
        **JOSEPH SAVERI LAW FIRM, LLP**
        601 California Street, Suite 1505
        San Francisco, California 94108
        Telephone: (415) 500-6800
        Facsimile: (415) 395-9940
        jsaveri@saverilawfirm.com
        cyoung@saverilawfirm.com
        ecreutz@saverilawfirm.com
        eabuchanan@saverilawfirm.com
        wcastillo@saverilawfirm.com

        Matthew Butterick (SBN 250953)
        1920 Hillhurst Avenue, #406
        Los Angeles, CA 90027
        Telephone: (323) 968-2632
        Facsimile:  (415) 395-9940
        mb@buttericklaw.com

        Bryan L. Clobes (admitted *pro hac vice*)
        Alexander J. Sweatman (admitted *pro hac vice*)
        Mohammed Rathur (admitted *pro hac vice*)
        **CAFFERTY CLOBES MERIWETHER**
        **& SPRENGEL LLP**
        135 South LaSalle Street, Suite 3210
        Chicago, IL 60603
        Tel: 312-782-4880
        bclobes@caffertyclobes.com
        asweatman@caffertyclobes.com
        mrathur@caffertyclobes.com

        David A. Straite (admitted *pro hac vice*)
        **DiCELLO LEVITT LLP**
        485 Lexington Avenue, Suite 1001
        New York, NY 10017
        Tel. (646) 933-1000
        dstraite@dicellolevitt.com

        Amy E. Keller (admitted *pro hac vice*)

1  Nada Djordjevic (admitted *pro hac vice*)
   James A. Ulwick (admitted *pro hac vice*)
2  **DiCELLO LEVITT LLP**
   Ten North Dearborn Street, Sixth Floor
3  Chicago, Illinois 60602
   Tel. (312) 214-7900
4  akeller@dicellolevitt.com
   ndjordjevic@dicellolevitt.com
5  julwick@dicellolevitt.com

6  Brian O'Mara (SBN 229737)
7  **DiCELLO LEVITT LLP**
   4747 Executive Drive
8  San Diego, California 92121
   Telephone: (619) 923-3939
9  Facsimile: (619) 923-4233
   briano@dicellolevitt.com
10

11 Brian D. Clark (admitted *pro hac vice*)
   Laura M. Matson (admitted *pro hac vice*)
12 Arielle Wagner (admitted *pro hac vice*)
   Eura Chang (admitted *pro hac vice*)
13 **LOCKRIDGE GRINDAL NAUEN PLLP**
   100 Washington Avenue South, Suite 2200
14 Minneapolis, MN 55401
   Telephone: (612)339-6900
15 Facsimile: (612)339-0981
          bdclark@locklaw.com
16        lmmatson@locklaw.com
          aswagner@locklaw.com
17        echang@locklaw.com
18

19 Justin A. Nelson (admitted *pro hac vice*)
   Alejandra C. Salinas (admitted *pro hac vice*)
20 **SUSMAN GODFREY L.L.P**
   1000 Louisiana Street, Suite 5100
21 Houston, TX 77002-5096
   Telephone: (713) 651-9366
22 jnelson@susmangodfrey.com
   asalinas@susmangodfrey.com
23

24 Rohit D. Nath (SBN 316062)
25 **SUSMAN GODFREY L.L.P**
   1900 Avenue of the Stars, Suite 1400
26 Los Angeles, CA 90067-2906
   Telephone: (310) 789-3100
27 RNath@susmangodfrey.com

Case No. 4:24-cv-01454-JST (SK)                    3
Case No. 4:24-cv-02655-JST (SK)

04396-00030/15869171.1 FURTHER JOINT STIPULATION AND [PROPOSED] ORDER RE DEPOSITION PROTOCOL SUBMISSION DEADLINE

|   |   |
|---|---|
| 1 | Elisha Barron (admitted *pro hac vice*) |
| 2 | Craig Smyser (admitted *pro hac vice*) |
|   | **SUSMAN GODFREY L.L.P** |
| 3 | One Manhattan West, 51st Floor |
|   | New York, NY 10019 |
| 4 | Telephone: (212) 336-8330 |
| 5 | ebarron@susmangodfrey.com |
|   | csmyser@susmangodfrey.com |

1 Elisha Barron (admitted *pro hac vice*)
2 Craig Smyser (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P**
3 One Manhattan West, 51st Floor
New York, NY 10019
4 Telephone: (212) 336-8330
5 ebarron@susmangodfrey.com
csmyser@susmangodfrey.com

6

7 Jordan W. Connors (admitted *pro hac vice*)
Trevor D. Nystrom (admitted *pro hac vice*)
8 **SUSMAN GODFREY L.L.P**
401 Union Street, Suite 3000
9 Seattle, WA 98101
10 Telephone: (206) 516-3880
jconnors@susmangodfrey.com
11 tnystrom@susmangodfrey.com

12 Rachel J. Geman (pro hac vice)
Danna Z. Elmasry (pro hac vice)
13 **LIEFF CABRASER HEIMANN**
**& BERNSTEIN, LLP**
14 250 Hudson Street, 8th Floor
New York, NY 10013
15 Tel.: 212.355.9500
16 rgeman@lchb.com
delmasry@lchb.com

17

18 Anne B. Shaver
**LIEFF CABRASER HEIMANN**
19 **& BERNSTEIN, LLP**
275 Battery Street, 29th Floor
20 San Francisco, CA 94111
Tel.: 415.956.1000
21 ashaver@lchb.com

22 Betsy A. Sugar (pro hac vice)
**LIEFF CABRASER HEIMANN**
23 **& BERNSTEIN, LLP**
222 2nd Avenue S. Suite 1640
24 Nashville, TN 37201
25 Tel.: 615.313.9000
bsugar@lchb.com

26

27 *Counsel for Individual and Representative Plaintiffs and the Proposed Class*

| | |
|---|---|
| Dated: May 15, 2025 | Respectfully Submitted, |
| | By: /s/ Rachael McCraken |

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-4001

Rachael L. McCracken (Cal. Bar. No. 252660)
rachaelmccracken@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Alex Spiro (admitted *pro hac vice*)
alexspiro@quinnemanuel.com
295 Fifth Avenue
New York, NY 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Defendant NVIDIA Corporation*

**[PROPOSED] ORDER**

Pursuant to the stipulation of the Parties, it is hereby ORDERED that the Parties' deadline for filing an agreed upon Deposition Protocol, or filing a joint letter brief with the Parties' respective proposals, shall be continued to May 28, 2025.

**IT IS SO ORDERED.**

Dated: _____

                                                                                    _____
                                                                                    The Honorable Sallie Kim
                                                                                    U.S. Magistrate Judge

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

The filer attests that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

Dated: May 15, 2025 

/s/ Elisha Barron
Elisha Barron