# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| Abdi Nazemian, et al., | Master File Case No. 4:24-cv-01454-JST (SK) |
| Plaintiffs, | |
| vs. | **FURTHER JOINT STIPULATION AND ORDER RE DEPOSITION PROTOCOL SUBMISSION DEADLINE** |
| NVIDIA Corporation, | |
| Defendant. | |

Case No. 4:24-cv-01454-JST (SK)

Pursuant to Civil Local Rule 7-12, the undersigned Parties to the above-captioned action, by and through their respective counsel of record, hereby stipulate the following:

1. WHEREAS, on March 21, 2025, the Parties filed a joint stipulation to extend the Parties' deadline to submit an agreed upon Deposition Protocol or a joint letter brief regarding any disputed areas, from March 25, 2025 to April 24, 2025, which was granted on March 25, 2025 (*Nazemian*, ECF Nos. 128, 130; *Dubus*, ECF Nos. 82, 84);

2. WHEREAS on April 22, 2025, the Parties filed a joint stipulation to extend the Parties' deadline to submit an agreed upon Deposition Protocol or a joint letter brief regarding any disputed areas, from April 24, 2025 to May 15, 2025, which was granted on April 22, 2025 (*Nazemian*, ECF Nos. 131, 132; *Dubus*, ECF Nos. 85, 86);

3. WHEREAS on May 13, the Court granted the parties stipulation regarding case consolidation and consolidated the *Nazemian* and *Dubus* cases in *Nazemian v. NVIDIA Corp.*, Case No. 4:24-cv-01454-JST (SK) (*Nazemian*, ECF No. 144; *Dubus*, ECF No. 89);

4. WHEREAS on May 15, 2025, the Parties filed a joint stipulation to extend the Parties' deadline to submit an agreed upon Deposition Protocol or a joint letter brief regarding any disputed areas, from May 15, 2025 to May 28, 2025 and for the parties to submit any jointly-proposed revisions to the schedule by May 28, 2025, which was granted on May 19, 2025 (*Nazemian*, ECF Nos. 145, 147);

5. WHEREAS, since that extension the parties have exchanged several drafts and the parties have continued to make progress toward an agreed deposition protocol and proposed modifications to the Court's scheduling order (ECF No. 71), but have one unresolved issue on which they have not yet reached impasse and are hopeful can be resolved with additional time to negotiate, and certain issues may require modifications to the Court's scheduling order (ECF No. 71);

6. WHEREAS, the parties believe that a further extension of the Deposition Protocol deadline is needed so they can avoid burdening the Court with a dispute that may be resolved with additional time;

NOW, THEREFORE IT IS HEREBY STIPULATED AND AGREED by and between the Parties and their respective counsel, subject to the Court's approval, that the Parties' deadline to submit an agreed upon Deposition Protocol or a joint letter brief regarding any disputed areas, shall be further

1  extended from May 28, 2025 to June 2, 2025, and the parties will submit any jointly-proposed revisions
2  to the schedule by June 2, 2025.

3

4  Dated: May 28, 2025                              Respectfully Submitted,

5                                                  By:  /s/  Elisha Barron

6                                                      Joseph R. Saveri (SBN 130064)
                                                       Christopher K.L. Young (SBN 318371)
7                                                      Evan Creutz (SBN 349728)
                                                       Elissa A. Buchanan (SBN 249996)
8                                                      William Castillo Guardado (SBN 294159)
9                                                      **JOSEPH SAVERI LAW FIRM, LLP**
                                                       601 California Street, Suite 1505
10                                                     San Francisco, California 94108
                                                       Telephone: (415) 500-6800
11                                                     Facsimile: (415) 395-9940
                                                       jsaveri@saverilawfirm.com
12                                                     cyoung@saverilawfirm.com
                                                       ecreutz@saverilawfirm.com
13                                                     eabuchanan@saverilawfirm.com
                                                       wcastillo@saverilawfirm.com
14

15                                                     Matthew Butterick (SBN 250953)
                                                       1920 Hillhurst Avenue, #406
16                                                     Los Angeles, CA 90027
                                                       Telephone: (323) 968-2632
17                                                     Facsimile:  (415) 395-9940
18                                                             mb@butericklaw.com

19                                                     Bryan L. Clobes (admitted *pro hac vice*)
                                                       Alexander J. Sweatman (admitted *pro hac vice*)
20                                                     Mohammed Rathur (admitted *pro hac vice*)
21                                                     **CAFFERTY CLOBES MERIWETHER
                                                       & SPRENGEL LLP**
22                                                     135 South LaSalle Street, Suite 3210
                                                       Chicago, IL 60603
23                                                     Tel: 312-782-4880
                                                       bclobes@caffertyclobes.com
24                                                     asweatman@caffertyclobes.com
25                                                     mrathur@caffertyclobes.com

26                                                     David A. Straite (admitted *pro hac vice*)
                                                       **DiCELLO LEVITT LLP**
27                                                     485 Lexington Avenue, Suite 1001

   Case No. 4:24-cv-01454-JST (SK)                    2

New York, NY 10017
Tel. (646) 933-1000
dstraite@dicellolevitt.com

Amy E. Keller (admitted *pro hac vice*)
Nada Djordjevic (admitted *pro hac vice*)
James A. Ulwick (admitted *pro hac vice*)
**DiCELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Tel. (312) 214-7900
akeller@dicellolevitt.com
ndjordjevic@dicellolevitt.com
julwick@dicellolevitt.com

Brian O'Mara (SBN 229737)
**DiCELLO LEVITT LLP**
4747 Executive Drive
San Diego, California 92121
Telephone: (619) 923-3939
Facsimile: (619) 923-4233
briano@dicellolevitt.com

Brian D. Clark (admitted *pro hac vice*)
Laura M. Matson (admitted *pro hac vice*)
Arielle Wagner (admitted *pro hac vice*)
Eura Chang (admitted *pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone:  (612)339-6900
Facsimile:   (612)339-0981
    bdclark@locklaw.com
    lmmatson@locklaw.com
    aswagner@locklaw.com
    echang@locklaw.com

Justin A. Nelson (admitted *pro hac vice*)
Alejandra C. Salinas (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

1  Rohit D. Nath (SBN 316062)
   **SUSMAN GODFREY L.L.P**
2  1900 Avenue of the Stars, Suite 1400
   Los Angeles, CA 90067-2906
3  Telephone: (310) 789-3100
   RNath@susmangodfrey.com
4

5  Elisha Barron (admitted *pro hac vice*)
   Craig Smyser (admitted *pro hac vice*)
6  **SUSMAN GODFREY L.L.P**
   One Manhattan West, 51st Floor
7  New York, NY 10019
   Telephone: (212) 336-8330
8  ebarron@susmangodfrey.com
   csmyser@susmangodfrey.com
9

10 Jordan W. Connors (admitted *pro hac vice*)
   Trevor D. Nystrom (admitted *pro hac vice*)
11 **SUSMAN GODFREY L.L.P**
   401 Union Street, Suite 3000
12 Seattle, WA 98101
   Telephone: (206) 516-3880
13 jconnors@susmangodfrey.com
   tnystrom@susmangodfrey.com
14

15 Rachel J. Geman (pro hac vice)
   Danna Z. Elmasry (pro hac vice)
16 **LIEFF CABRASER HEIMANN
   & BERNSTEIN, LLP**
17 250 Hudson Street, 8th Floor
   New York, NY 10013
18 Tel.: 212.355.9500
   rgeman@lchb.com
19 delmasry@lchb.com

20

21 Anne B. Shaver
   **LIEFF CABRASER HEIMANN
22 & BERNSTEIN, LLP**
   275 Battery Street, 29th Floor
23 San Francisco, CA 94111
   Tel.: 415.956.1000
24 ashaver@lchb.com

25

26

27

Case No. 4:24-cv-01454-JST (SK)                     4

|  |  |
|---|---|
| 1 | Betsy A. Sugar (pro hac vice) |
|  | **LIEFF CABRASER HEIMANN** |
| 2 | **& BERNSTEIN, LLP** |
|  | 222 2nd Avenue S. Suite 1640 |
| 3 | Nashville, TN 37201 |
|  | Tel.: 615.313.9000 |
| 4 | bsugar@lchb.com |

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

Dated: May 28, 2025                        Respectfully Submitted,

By:  /s/  Rachael L. McCracken

**QUINN EMANUEL URQUHART &**
**SULLIVAN, LLP**
Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-4001

Rachael L. McCracken (Cal. Bar. No. 252660)
rachaelmccracken@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Alex Spiro (admitted *pro hac vice*)
alexspiro@quinnemanuel.com
295 Fifth Avenue
New York, NY 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Defendant NVIDIA Corporation*

Case No. 4:24-cv-01454-JST (SK)                        5

# ORDER

Pursuant to the stipulation of the Parties, it is hereby ORDERED that the Parties' deadline for filing an agreed upon Deposition Protocol, or filing a joint letter brief with the Parties' respective proposals, shall be continued to June 2, 2025.

**IT IS SO ORDERED.**

Dated: __May 29, 2025____



_____
The Honorable Sallie Kim
U.S. Magistrate Judge


Case 4:24-cv-01454-JST   Document 149   Filed 05/29/25   Page 8 of 8

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

The filer attests that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

Dated: May 28, 2025

/s/ Elisha Barron
Elisha Barron


Case No. 4:24-cv-01454-JST (SK)                1

04396-00030/15901411.1 ATTESTATION PURSUANT TO CIVIL L.R. 5-1
