UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ABDI NAZEMIAN, et al.,

Plaintiffs,

v.

NVIDIA CORPORATION,

Defendant.

Case No. 24-cv-01454-JST (SK)

**ORDER REGARDING DISCOVERY LETTER DISPUTE**

Regarding Docket Nos. 180

Defendant Nvidia Corporation moves to compel Plaintiffs to collect and produce documents other than communications on a rolling basis, starting September 26, 2025 and to provide confirmation that they will meaningfully increase the rate of production. Plaintiffs, in response, propose that they continue to make their rolling production of documents by September 26, 2025 and on a weekly basis until production is complete.

It appears that the parties basically agree that Plaintiffs will complete their rolling production, starting September 26, 2025, until the committed deadline of October 9, 2025. Therefore, the Court DENIES Defendant's motion as unnecessary.

**IT IS SO ORDERED**.

Dated: September 30, 2025

SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California