**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ABDI NAZEMIAN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> NVIDIA CORPORATION, <br><br> Defendant. | Master File Case No. 4:24-cv-01454-JST (SK) <br> Consolidated with Case No. 4:24-cv-02655-JST (SK) <br><br> [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO AMEND THE SCHEDULING ORDER |

Before this Court is Plaintiffs' Motion to Amend the Scheduling Order. Having considered the parties' arguments and all papers filed herein, the Court hereby GRANTS the motion and enters Plaintiffs proposed modifications to the Scheduling Order at Dkt. 159.

| Event | Current Deadline (Dkt. 159) | Plaintiffs' Proposed New Deadline |
|---|---|---|
| Deadline for Substantial Completion of Production | 10/9/2025 | ~~11/23/25~~ 11/24/25 |
| Deadline to Produce Privilege Logs | 11/7/2025 | ~~12/7/25~~ 12/8/25 |
| Deadline to Serve Written Discovery, Subpoenas, Deposition Notices | 1/8/2026 | ~~2/8/26~~ 2/9/26 |
| Deadline to File Motions Regarding Fact Discovery | 1/29/2026 | 2/26/26 |
| Close of Pre-Class Certification Fact Discovery | 2/6/2026 | 3/6/26 |

| | | |
|---|---|---|
| Deadline for Service of Opening Expert Report(s) (on issues for which a party bears the burden of proof) | 3/20/2026 | 4/17/26 |
| Service of Rebuttal Expert Report(s) (on issues for which a party does not bear the burden of proof) | 5/1/2026 | 5/29/26 |
| Deadline for Service of Expert Reply Report(s) | 6/12/2026 | 7/10/26 |
| Deadline to File Motions Regarding Expert Discovery | 6/18/2026 | 7/17/26 |
| Close of Expert Discovery | 6/26/2026 | 7/24/26 |
| Deadline to File Class Certification Motions | 7/31/2026 | 8/28/26 |
| Deadline No Later Than Which to File *Daubert* Motions for Experts Opining on Class Certification Issues | 7/31/2026 | 8/28/26 |
| Deadline to File Summary Judgment Motions | 8/21/2026 | 9/18/26 |
| Deadline to File Any Remaining *Daubert* Motions (Non-Class Cert Experts) | 8/21/2026 | 9/18/26 |
| Deadline to File Oppositions to Class Certification Motions (Six Weeks from Filing) | 9/11/2026 | 10/9/26 |
| Deadline to File Oppositions to *Daubert* Motions for Experts Opining on Class Certification Issues (Six Weeks from Filing) | 9/11/2026 | 10/9/26 |
| Deadline to File Oppositions to Summary Judgment Motions | 10/2/2026 | 10/30/26 |
| Deadline to File Replies in Support of Summary Judgment Motions | 11/6/2026 | 12/4/26 |
| Deadline to File Replies in Support of Daubert | 11/6/2026 | 12/4/26 |
| Additional Class-Related Discovery (If Certified) Begins | If Certified, Date of Class Certification Order | No change |

| Close of Additional Class-Related Fact Discovery (If Certified) | If Certified, 120 Days from Order Granting Class Certification | No change |

IT IS SO ORDERED, on this date October 15, 2025

_____
The Honorable Jon S. Tigar