UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDI NAZEMIAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>NVIDIA CORPORATION,<br><br>    Defendant. | Case No. 24-cv-01454-JST<br><br>**ORDER RE ESI CUSTODIANS**<br><br>Re: ECF No. 186 |

Plaintiffs recently filed a motion to amend the scheduling order. ECF No. 186. The Court has granted that motion by separate order.

In its opposition to the motion, Defendant requests that the Court "set a date by which Plaintiffs must identify custodians or forfeit the right to do so without showing good cause." ECF No. 187 at 3. Defendant did not propose such a deadline; Plaintiffs have not had an opportunity to respond to Defendant's request. By October 17, 2025, the parties will submit either a jointly proposed deadline or competing proposed deadlines for Plaintiffs to identify the remaining NVIDIA ESI custodians. If the parties submit competing proposals, they may submit a joint brief of not more than three pages by the same date.

**IT IS SO ORDERED.**

Dated: October 15, 2025

_____
JON S. TIGAR
United States District Judge