UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| Abdi Nazemian, et al.,<br><br>  Plaintiffs,<br><br>  vs.<br><br>NVIDIA Corporation,<br><br>  Defendant. | Master File Case No. 4:24-cv-01454-JST (SK)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE DEADLINE TO IDENTIFY CUSTODIANS** |

1   Pursuant to the Court's October 15, 2025 Order (ECF 189), Plaintiffs Abdi Nazemian, Stewart
2   O'Nan, Brian Keene, Andre Dubus, III, and Susan Orlean (collectively, "Plaintiffs") and Defendant
3   NVIDIA Corp. ("Defendant") (together, "the Parties") jointly stipulate as follows:
4   WHEREAS, on October 10, 2025, Plaintiffs filed a Motion to Amend the Scheduling Order (ECF
5   186);
6   WHEREAS, on October 14, 2025, Defendant opposed Plaintiffs' Motion and requested that the
7   Court order a deadline by which Plaintiffs must identify all remaining NVIDIA ESI custodians (ECF
8   187);
9   WHEREAS, on October 15, the Court granted Plaintiffs' Motion to Amend the Scheduling Order
10  (ECF. 188);
11  WHEREAS, on October 15, 2025 at approximately 3:38 PM PT, the Court ordered the Parties to
12  submit either a jointly proposed deadline or competing proposed deadlines for Plaintiffs to identify all
13  remaining NVIDIA ESI custodians (ECF 189);
14  WHEREAS, on October 15, 2025 at approximately 6:30 PM PT, Plaintiffs identified seven
15  custodians and their respective search terms;
16  WHEREAS, the Parties have conferred and mutually agree that Plaintiffs will identify all
17  remaining NVIDIA ESI custodians as of right (of up to seven total remaining) and their respective
18  search terms on or before October 27, 2025;
19  WHEREAS, Plaintiffs agree that they will not use their identification of custodians and search
20  terms up to and including October 27, 2025 as a basis to seek a further extension of case deadlines;
21  THEREFORE, the Parties jointly submit October 27, 2025 as a deadline for Plaintiffs to identify
22  all remaining NVIDIA ESI custodians as of right.

Case No. 4:24-cv-01454-JST (SK)                              1
JOINT STIPULATION AND [PROPOSED] ORDER RE DEADLINE TO IDENTIFY CUSTODIANS

DATED: October 17, 2025

By:    */s/Elisha Barron*
      Elisha Barron

Joseph R. Saveri (CSB No. 130064)
Christopher K.L. Young (CSB No. 318371)
Evan Creutz (CSB No. 349728)
Elissa A. Buchanan (CSB No. 249996)
William Waldir Castillo Guardado (CSB No. 294159)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone:  (415) 500-6800
Facsimile:  (415) 395-9940
jsaveri@saverilawfirm.com
cyoung@saverilawfirm.com
ecreutz@saverilawfirm.com
eabuchanan@saverilawfirm.com
wcastillo@saverilawfirm.com

Bryan L. Clobes (admitted *pro hac vice*)
Alexander J. Sweatman (admitted *pro hac vice*)
Mohammed Rathur (admitted *pro hac vice*)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Tel: 312-782-4880
bclobes@caffertyclobes.com
asweatman@caffertyclobes.com
mrathur@caffertyclobes.com

Justin A. Nelson (admitted *pro hac vice*)
Alejandra C. Salinas (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

Rohit D. Nath (SBN 316062)
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400

By:    */s/ Margaret H. Shyr*
      Margaret H. Shyr

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-4001

Alex Spiro (admitted *pro hac vice*)
alexspiro@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Rachael L. McCracken (SBN 252660)
rachaelmccracken@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Margaret H. Shyr (SBN 300253)
margaretshyr@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Attorneys for Defendant NVIDIA Corporation*

| | |
|---|---|
| 1 | Los Angeles, CA 90067-2906 |
| | Telephone: (310) 789-3100 |
| 2 | RNath@susmangodfrey.com |
| 3 | Elisha Barron (admitted *pro hac vice*) |
| 4 | Craig Smyser (admitted *pro hac vice*) |
| | **SUSMAN GODFREY L.L.P.** |
| 5 | One Manhattan West, 51st Floor |
| | New York, NY 10019 |
| 6 | Telephone: (212) 336-8330 |
| | ebarron@susmangodfrey.com |
| 7 | csmyser@susmangodfrey.com |
| 8 | Jordan W. Connors (admitted *pro hac vice*) |
| 9 | Trevor D. Nystrom (admitted *pro hac vice*) |
| | **SUSMAN GODFREY L.L.P** |
| 10 | 401 Union Street, Suite 3000 |
| | Seattle, WA 98101 |
| 11 | Telephone: (206) 516-3880 |
| 12 | jconnors@susmangodfrey.com |
| | tnystrom@susmangodfrey.com |
| 13 | |
| 14 | Rachel J. Geman (*pro hac vice*) |
| | Danna Z. Elmasry (*pro hac vice*) |
| 15 | **LIEFF CABRASER HEIMANN &** |
| | **BERNSTEIN, LLP** |
| 16 | 250 Hudson Street, 8th Floor |
| | New York, NY 10013 |
| 17 | Tel.: 212.355.9500 |
| | rgeman@lchb.com |
| 18 | delmasry@lchb.com |
| 19 | Anne B. Shaver |
| 20 | **LIEFF CABRASER HEIMANN &** |
| | **BERNSTEIN, LLP** |
| 21 | 275 Battery Street, 29th Floor |
| | San Francisco, CA 94111 |
| 22 | Tel.: 415.956.1000 |
| | ashaver@lchb.com |
| 23 | |
| 24 | Betsy A. Sugar (*pro hac vice*) |
| | **LIEFF CABRASER HEIMANN &** |
| 25 | **BERNSTEIN, LLP** |
| | 222 2nd Avenue S. Suite 1640 |
| 26 | Nashville, TN 37201 |
| | Tel.: 615.313.9000 |
| 27 | bsugar@lchb.com |
| 28 | |

Case No. 4:24-cv-01454-JST (SK)              3
JOINT STIPULATION AND [PROPOSED] ORDER RE DEADLINE TO IDENTIFY CUSTODIANS

| | |
|---|---|
| 1 | David A. Straite (admitted *pro hac vice*) |
| | **DiCELLO LEVITT LLP** |
| 2 | 485 Lexington Avenue, Suite 1001 |
| | New York, NY 10017 |
| 3 | Tel. (646) 933-1000 |
| | dstraite@dicellolevitt.com |
| 4 | |
| | Amy E. Keller (admitted *pro hac vice*) |
| 5 | Nada Djordjevic (admitted *pro hac vice*) |
| | James A. Ulwick (admitted *pro hac vice*) |
| 6 | **DiCELLO LEVITT LLP** |
| 7 | Ten North Dearborn Street, Sixth Floor |
| | Chicago, Illinois 60602 |
| 8 | Tel. (312) 214-7900 |
| | akeller@dicellolevitt.com |
| 9 | ndjordjevic@dicellolevitt.com |
| 10 | julwick@dicellolevitt.com |
| 11 | Brian O'Mara (SBN 229737) |
| | **DiCELLO LEVITT LLP** |
| 12 | 4747 Executive Drive |
| 13 | San Diego, California 92121 |
| | Telephone: (619) 923-3939 |
| 14 | Facsimile: (619) 923-4233 |
| | briano@dicellolevitt.com |
| 15 | |
| 16 | Matthew Butterick (State Bar No. 250953) |
| | 1920 Hillhurst Avenue, #406 |
| 17 | Los Angeles, CA 90027 |
| | Telephone:     (323) 968-2632 |
| 18 | Facsimile:     (415) 395-9940 |
| | mb@buttericklaw.com |
| 19 | |
| 20 | *Counsel for Individual and Representative Plaintiffs and the Proposed Class* |

Case No. 4:24-cv-01454-JST (SK)         4
JOINT STIPULATION AND [PROPOSED] ORDER RE DEADLINE TO IDENTIFY CUSTODIANS

**[PROPOSED] ORDER**

Pursuant to the stipulation of the Parties and the Court's Order (ECF 189), it is hereby ORDERED that Plaintiffs shall identify all remaining NVIDIA ESI custodians and their respective search terms on or before October 27, 2025.

**IT IS SO ORDERED.**

Dated: _____

_____
The Honorable Jon S. Tigar
U.S. District Court Judge

**ATTESTATION OF CONCURRENCE IN FILING PURSUANT TO CIVIL L.R. 5-1(i)(3)**

This document is being filed through the Electronic Case Filing (ECF) system by attorney Margaret H. Shyr. By their signature, Margaret H. Shyr attests that she has obtained concurrence in the filing of this document from each of the attorneys identified in the above signature block.

Dated: October 17, 2025                                By: /s/ DRAFT
                                                                                  Margaret H. Shyr