# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| ABDI NAZEMIAN, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>NVIDIA CORPORATION,<br><br>    Defendant. | Master File Case No. 4:24-cv-01454-JST (SK)<br>Consolidated with Case No. 4:24-cv-02655-JST (SK)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO MODIFY THE SCHEDULING ORDER AND FOR LEAVE TO FILE FIRST AMENDED CONSOLIDATED COMPLAINT** |

Before this Court is Plaintiffs' Motion to Modify the Scheduling Order and for Leave to File a First Amended Consolidated Complaint. Having considered the parties' arguments and all papers filed herein, the Court hereby GRANTS the motion.

IT IS SO ORDERED, on this date _____

_____
The Honorable Jon S. Tigar
UNITED STATES DISTRICT JUDGE