UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDI NAZEMIAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>NVIDIA CORPORATION,<br><br>　　　　Defendant. | Case No.  24-cv-01454-JST (SK)<br><br>**ORDER REGARDING DEFENDANT NVIDIA'S PROPOSED SEARCH TERMS**<br><br>Regarding Docket No. 190 |

　　　The parties dispute whether Plaintiffs should be required to run search terms proposed by Defendant Nvidia Corporation against Plaintiffs' electronic records.  Second, the parties dispute that, if Plaintiffs are required to run search terms against their electronic records, whether Plaintiffs should be required to use Defendant's terms or modified terms proposed by Plaintiffs.

　　　The Court ORDERS that Plaintiffs are required to run search terms against their electronic records but that Plaintiffs may use the terms as modified in Exhibit B in Dkt. No. 190-2.

　　　**IT IS SO ORDERED**.

Dated: October 28, 2025

_____
SALLIE KIM
United States Magistrate Judge