[Counsel on signature page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| Abdi Nazemian, et al.,<br><br>    Plaintiffs,<br><br>  vs.<br><br>NVIDIA Corporation,<br><br>    Defendant. | Master File Case No. 4:24-cv-01454-JST (SK)<br>Consolidated with Case No. 4:24-cv-02655-JST (SK)<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS |

Plaintiffs' Motion to Remove Incorrectly Filed Documents was presented to the Court. Upon consideration of the Motion, the Court finds there is good cause to remove Docket No. 199 from the record.

IT IS THEREFORE ORDERED that Plaintiffs' Motion to Remove Incorrectly Filed Documents is GRANTED and Docket No. 199 is permanently deleted from the Court's docket.

Dated: November 3, 2025

_____
The Honorable Jon S. Tigar
U.S. District Court Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

---

1
[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS