**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| Abdi Nazemian, et al., | Master File Case No. 4:24-cv-01454-JST (SK) |
| Plaintiffs, | |
| vs. | **JOINT STIPULATION AND [PROPOSED] ORDER RE CASE SCHEDULE** |
| NVIDIA Corporation, | |
| Defendant. | |

Plaintiffs Abdi Nazemian, Stewart O'Nan, Brian Keene, Andre Dubus, III, and Susan Orlean (collectively, "Plaintiffs") and Defendant NVIDIA Corp. ("Defendant") (together, "the Parties") jointly stipulate and agree, subject to the Court's approval, to the proposed schedule set forth below.

WHEREAS, on September 9, 2024, the Parties submitted a joint proposed case schedule (ECF No. 70) that the Court entered on September 11, 2024 (ECF No. 71));

WHEREAS, on June 25, 2025, the Parties submitted a joint revised case schedule (ECF No. 158) that the Court entered on June 27, 2025 (ECF No. 159);

WHEREAS, on October 14, 2025, Plaintiffs submitted a proposed amended case schedule (ECF No. 186-4) that omitted deadlines for specific events previously agreed to by the Parties;

WHEREAS, Plaintiffs' proposed amended schedule also changed the spacing between certain deadlines previously agreed to by the Parties;

WHEREAS, the Court entered Plaintiffs' amended case schedule on October 15, 2025 (ECF No. 188);

WHEREAS, the Parties have met and conferred, and agreed that the omitted dates previously agreed to by the Parties should be restored, and to allow additional time for the completion of privilege logs;

Pursuant to Civil Local Rule 6-1, the Parties jointly submit the following proposed amended case schedule:

| Event | Previous Date in ECF No. 159 | Current Date in ECF No. 188 | Proposed Date |
|---|---|---|---|
| Deadline for Substantial completion of production | 10/9/2025 | 11/24/2025 | 11/24/2025 (no change) |
| Deadline to Produce Privilege Logs | 11/7/2025 | 12/8/2025 | 1/16/2026 |
| Deadline to Serve Written Discovery, Subpoenas, Depo Notices | 1/8/2026 | 2/9/2026 | 2/9/2026 (no change) |
| Deadline to File Motions re Fact Discovery | 1/29/2026 | 2/26/2026 | 2/26/2026 (no change) |
| Close of Pre-Class Certification Fact | 2/6/2026 | 3/6/2026 | 3/6/2026 (no |

| Event | Previous Date in ECF No. 159 | Current Date in ECF No. 188 | Proposed Date |
|---|---|---|---|
| Discovery | | | change) |
| Deadline for Service of Opening Expert Report(s) (on issues for which a party bears the burden of proof) | 3/20/2026 | 4/17/2026 | 4/17/2026 (no change) |
| Service of Rebuttal Expert Report(s) (on issues for which a party does not bear the burden of proof) | 5/1/2026 | 5/29/2026 | 5/29/2026 (no change) |
| Deadline for Service of Expert Reply Report(s) | 6/12/2026 | 7/10/2026 | 7/10/2026 (no change) |
| Deadline to File Motions re Expert Discovery | 6/18/2026 | 7/17/2026 | 7/17/2026 (no change) |
| Close of Expert Discovery | 6/26/2026 | 7/24/2026 | 7/24/2026 (no change) |
| Deadline to File Class Certification Motions | 7/31/2026 | 8/28/2026 | 8/28/2026 (no change) |
| Deadline to File *Daubert* Motions for Experts Opining on Class Certification Issues | 7/31/2026 | 8/28/2026 | 8/28/2026 (no change) |
| Deadline to File Summary Judgment Motions | 8/21/2026 | 9/18/2026 | 9/18/2026 (no change) |
| Deadline to File Any Remaining *Daubert* Motions (Non-Class Cert Experts) | 8/21/2026 | 9/18/2026 | 9/18/2026 (no change) |
| Deadline to File Oppositions to Class Certification Motions (Six Weeks from Filing) | 9/11/2026 | 10/9/2026 | 10/9/2026 (no change) |
| Deadline to File Oppositions to *Daubert* Motions for Experts Opining on Class Certification Issues (Six Weeks from Filing) | 9/11/2026 | 10/9/2026 | 10/9/2026 (no change) |
| Deadline to File Oppositions to Summary Judgment Motions | 10/2/2026 | 10/30/2026 | 10/30/2026 (no change) |
| Deadline to File Oppositions to *Daubert* Motions (Non-Class Certification Experts) | 10/2/2026 | Omitted | 10/30/2026 |
| Deadline to File Replies to Class Certification Motions (Six Weeks from Opposition) | 10/23/2026 | Omitted | 11/20/2026 |

| **Event** | **Previous Date in ECF No. 159** | **Current Date in ECF No. 188** | **Proposed Date** |
|---|---|---|---|
| Deadline to File Replies in Support of *Daubert* Motion(s) for Experts Opining on Class Certification Issues (Six Weeks from Opposition) | 10/23/2026 | Omitted | 11/20/2026 |
| Deadline to File Replies in Support of Summary Judgment Motions | 11/6/2026 | 12/4/2026 | 12/4/2026 (no change) |
| Deadline to File Replies in Support of *Daubert* Motion(s) (Non-Class Certification Experts) | 11/6/2026 | Omitted | 12/4/2026 |
| Deadline to File Replies in Support of *Daubert* | N/A | 12/4/2026 | N/A (deadlines covered above) |
| Additional Class-Related Discovery (If Certified) Begins | If Certified, Date of Class Certification Order | If Certified, Date of Class Certification Order | |
| Close of Additional Class-Related Fact Discovery (If Certified) | If Certified, 120 Days from Order Granting Class Certification | If Certified, 120 Days from Order Granting Class Certification | |

Dated: November 25, 2025          Respectfully Submitted,

By: */s/ Joseph R. Saveri*

Joseph R. Saveri (SBN 130064)
Christopher K.L. Young (SBN 318371)
Evan Creutz (SBN 349728)
Elissa A. Buchanan (SBN 249996)
William Castillo Guardado (SBN 294159)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
cyoung@saverilawfirm.com
ecreutz@saverilawfirm.com
eabuchanan@saverilawfirm.com
wcastillo@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile:  (415) 395-9940
mb@butforicklaw.com

Bryan L. Clobes (admitted *pro hac vice*)
Alexander J. Sweatman (admitted *pro hac vice*)
Mohammed Rathur (admitted *pro hac vice*)
**CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Tel: 312-782-4880
bclobes@caffertyclobes.com
asweatman@caffertyclobes.com
mrathur@caffertyclobes.com

David A. Straite (admitted *pro hac vice*)
**DiCELLO LEVITT LLP**
485 Lexington Avenue, Suite 1001
New York, NY 10017
Tel. (646) 933-1000
dstraite@dicellolevitt.com

Amy E. Keller (admitted *pro hac vice*)
Nada Djordjevic (admitted  *pro hac vice*)
James A. Ulwick (admitted *pro hac vice*)
**DiCELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Tel. (312) 214-7900
akeller@dicellolevitt.com
ndjordjevic@dicellolevitt.com
julwick@dicellolevitt.com

Brian O'Mara (SBN 229737)
**DiCELLO LEVITT LLP**
4747 Executive Drive
San Diego, California 92121
Telephone: (619) 923-3939
Facsimile: (619) 923-4233
briano@dicellolevitt.com

Brian D. Clark (admitted *pro hac vice*)
Laura M. Matson (admitted *pro hac vice*)
Arielle Wagner (admitted *pro hac vice*)
Eura Chang (admitted *pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone:  (612)339-6900
Facsimile:   (612)339-0981
              bdclark@locklaw.com
              lmmatson@locklaw.com
              aswagner@locklaw.com
              echang@locklaw.com

Justin A. Nelson (admitted *pro hac vice*)
Alejandra C. Salinas (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

Rohit D. Nath (SBN 316062)
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com

Elisha Barron (admitted *pro hac vice*)
Craig Smyser (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P**
One Manhattan West, 51st Floor
New York, NY 10019
Telephone: (212) 336-8330
ebarron@susmangodfrey.com
csmyser@susmangodfrey.com

Jordan W. Connors (admitted *pro hac vice*)
Trevor D. Nystrom (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P**
401 Union Street, Suite 3000
Seattle, WA 98101

Telephone: (206) 516-3880
jconnors@susmangodfrey.com
tnystrom@susmangodfrey.com

Rachel J. Geman (pro hac vice)
Danna Z. Elmasry (pro hac vice)
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013
Tel.: 212.355.9500
rgeman@lchb.com
delmasry@lchb.com

Anne B. Shaver
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Tel.: 415.956.1000
ashaver@lchb.com

Betsy A. Sugar (pro hac vice)
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
222 2nd Avenue S. Suite 1640
Nashville, TN 37201
Tel.: 615.313.9000
bsugar@lchb.com
*Counsel for Individual and Representative Plaintiffs and
the Proposed Class*

Dated: November 25, 2025

Respectfully Submitted,

By:    */s/ Rachael L. McCracken*

**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com

191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-4001

Rachael L. McCracken (Cal. Bar. No. 252660)
rachaelmccracken@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Alex Spiro (admitted *pro hac vice*)
alexspiro@quinnemanuel.com
295 Fifth Avenue
New York, NY 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Defendant NVIDIA Corporation*

[PROPOSED] ORDER

Pursuant to the stipulation of the Parties, and for good cause appearing, it is hereby ORDERED that the Parties shall adhere to the following case schedule as modified:

| Event | [Proposed] Deadline |
|---|---|
| Deadline for Substantial completion of production | 11/24/2025 |
| Deadline to Produce Privilege Logs | 1/16/2026 |
| Deadline to Serve Written Discovery, Subpoenas, Depo Notices | 2/9/2026 |
| Deadline to File Motions re Fact Discovery | 2/26/2026 |
| Close of Pre-Class Certification Fact Discovery | 3/6/2026 |
| Deadline for Service of Opening Expert Report(s) (on issues for which a party bears the burden of proof) | 4/17/2026 |
| Service of Rebuttal Expert Report(s) (on issues for which a party does not bear the burden of proof) | 5/29/2026 |
| Deadline for Service of Expert Reply Report(s) | 7/10/2026 |
| Deadline to File Motions re Expert Discovery | 7/17/2026 |
| Close of Expert Discovery | 7/24/2026 |
| Deadline to File Class Certification Motions | 8/28/2026 |
| Deadline to File *Daubert* Motions for Experts Opining on Class Certification Issues | 8/28/2026 |
| Deadline to File Summary Judgment Motions | 9/18/2026 |
| Deadline to File Any Remaining *Daubert* Motions (Non-Class Cert Experts) | 9/18/2026 |
| Deadline to File Oppositions to Class Certification Motions (Six Weeks from Filing) | 10/9/2026 |
| Deadline to File Oppositions to *Daubert* Motions for Experts Opining on Class Certification Issues (Six Weeks from Filing) | 10/9/2026 |

| **Event** | **[Proposed] Deadline** |
|---|---|
| Deadline to File Oppositions to Summary Judgment Motions | 10/30/2026 |
| Deadline to File Oppositions to *Daubert* Motions (Non-Class Certification Experts) | 10/30/2026 |
| Deadline to File Replies to Class Certification Motions (Six Weeks from Opposition) | 11/20/2026 |
| Deadline to File Replies in Support of *Daubert* Motion(s) for Experts Opining on Class Certification Issues (Six Weeks from Opposition) | 11/20/2026 |
| Deadline to File Replies in Support of Summary Judgment Motions | 12/4/2026 |
| Deadline to File Replies in Support of *Daubert* Motion(s) (Non-Class Certification Experts) | 12/4/2026 |
| Additional Class-Related Discovery (If Certified) Begins | If Certified, Date of Class Certification Order |
| Close of Additional Class-Related Fact Discovery (If Certified) | If Certified, 120 Days from Order Granting Class Certification |

**IT IS SO ORDERED.**

Dated: _____

_____
The Honorable Jon S. Tigar
U.S. District Court Judge

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

The filer attests that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the content of the filing and have authorized the filing.

Dated: November 25, 2025            By:    */s/  Rachael L. McCracken*

                                                    Rachael L. McCracken