1
2
3
4
5
6
7
8
9
10

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| Abdi Nazemian, et al., | Master File Case No. 4:24-cv-01454-JST (SK) |
| Plaintiffs, | |
| vs. | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING THE JOINT CASE MANAGEMENT STATEMENT (FIRST REQUEST FOR EXTENSION OF TIME TO FILE JOINT CASE MANAGEMENT STATEMENT)** |
| NVIDIA Corporation, | |
| Defendant. | |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. 4:24-cv-01454-JST
JOINT STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT STATEMENT

Plaintiffs Abdi Nazemian, Brian Keene, Stewart O'Nan, Andre Dubus III, and Susan Orlean (collectively, the "Plaintiffs") and Defendant NVIDIA Corporation ("NVIDIA") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

1. WHEREAS, on August 21, 2025, the Court entered an Order Continuing Case Management Conference, requiring an Updated Joint Case Management Statement due by December 1, 2025, and setting a Further Case Management Conference for December 5, 2025 at 1:30 P.M. (ECF No. 169);

2. WHEREAS, the Parties agree that it is most efficient to extend the deadline to file a Joint Case Management Statement by one day, to December 2, 2025, due to the Thanksgiving holiday and the need to ensure the parties have sufficient time to discuss the statement and provide a fully developed statement to the Court;

3. WHEREAS, this one-day extension will not alter or otherwise impact any other event or deadline already fixed by Court order, including the December 5, 2025 Case Management Conference;

4. WHEREAS, this stipulation is made in good faith and not for purposes of delay.

NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, subject to this Court's approval:

A. The deadline to file the Updated Joint Case Management Statement shall be extended by one day, to December 2, 2025.

Dated: November 26, 2025                    Respectfully Submitted,

                                            By: /s/ Joseph R. Saveri

                                                Joseph R. Saveri (SBN 130064)
                                                Christopher K.L. Young (SBN 318371)
                                                Evan Creutz (SBN 349728)
                                                Elissa A. Buchanan (SBN 249996)
                                                William Castillo Guardado (SBN 294159)
                                                **JOSEPH SAVERI LAW FIRM, LLP**
                                                601 California Street, Suite 1505
                                                San Francisco, California 94108
                                                Telephone: (415) 500-6800
                                                Facsimile: (415) 395-9940
                                                jsaveri@saverilawfirm.com

Case No. 4:24-cv-01454-JST                  1
JOINT STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT STATEMENT

cyoung@saverilawfirm.com
ecreutz@saverilawfirm.com
eabuchanan@saverilawfirm.com
wcastillo@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile:  (415) 395-9940
mb@butterickdlaw.com

Bryan L. Clobes (admitted *pro hac vice*)
Alexander J. Sweatman (admitted *pro hac vice*)
Mohammed Rathur (admitted *pro hac vice*)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Tel: 312-782-4880
bclobes@caffertyclobes.com
asweatman@caffertyclobes.com
mrathur@caffertyclobes.com

David A. Straite (admitted *pro hac vice*)
**DiCELLO LEVITT LLP**
485 Lexington Avenue, Suite 1001
New York, NY 10017
Tel. (646) 933-1000
dstraite@dicellolevitt.com

Amy E. Keller (admitted *pro hac vice*)
Nada Djordjevic (admitted  *pro hac vice*)
James A. Ulwick (admitted *pro hac vice*)
**DiCELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Tel. (312) 214-7900
akeller@dicellolevitt.com
ndjordjevic@dicellolevitt.com
julwick@dicellolevitt.com

Brian O'Mara (SBN 229737)
**DiCELLO LEVITT LLP**
4747 Executive Drive
San Diego, California 92121
Telephone: (619) 923-3939
Facsimile: (619) 923-4233

briano@dicellolevitt.com

Brian D. Clark (admitted *pro hac vice*)
Laura M. Matson (admitted *pro hac vice*)
Arielle Wagner (admitted *pro hac vice*)
Eura Chang (admitted *pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612)339-6900
Facsimile: (612)339-0981
bdclark@locklaw.com
lmmatson@locklaw.com
aswagner@locklaw.com
echang@locklaw.com

Justin A. Nelson (admitted *pro hac vice*)
Alejandra C. Salinas (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

Rohit D. Nath (SBN 316062)
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com

Elisha Barron (admitted *pro hac vice*)
Craig Smyser (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P**
One Manhattan West, 51st Floor
New York, NY 10019
Telephone: (212) 336-8330
ebarron@susmangodfrey.com
csmyser@susmangodfrey.com

Jordan W. Connors (admitted *pro hac vice*)
Trevor D. Nystrom (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P**
401 Union Street, Suite 3000
Seattle, WA 98101

Telephone: (206) 516-3880
jconnors@susmangodfrey.com
tnystrom@susmangodfrey.com

Rachel J. Geman (pro hac vice)
Danna Z. Elmasry (pro hac vice)
**LIEFF CABRASER HEIMANN**
**& BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013
Tel.: 212.355.9500
rgeman@lchb.com
delmasry@lchb.com

Anne B. Shaver
**LIEFF CABRASER HEIMANN**
**& BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Tel.: 415.956.1000
ashaver@lchb.com

Betsy A. Sugar (pro hac vice)
**LIEFF CABRASER HEIMANN**
**& BERNSTEIN, LLP**
222 2nd Avenue S. Suite 1640
Nashville, TN 37201
Tel.: 615.313.9000
bsugar@lchb.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

Dated: November 26, 2025                Respectfully Submitted,

By:   */s/ Rachael L. McCracken*

**QUINN EMANUEL URQUHART &**
**SULLIVAN, LLP**

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com

191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-4001

Rachael L. McCracken (Cal. Bar. No. 252660)
rachaelmccracken@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Alex Spiro (admitted *pro hac vice*)
alexspiro@quinnemanuel.com
295 Fifth Avenue
New York, NY 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Defendant NVIDIA Corporation*

**[PROPOSED] ORDER**

**PURSUANT TO JOINT STIPULATION, IT IS SO ORDERED.**

Dated: _____                    _____
                                                                                            The Honorable Jon S. Tigar
                                                                                            U.S. District Court Judge

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

The filer attests that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the content of the filing and have authorized the filing.

Dated: November 26, 2025         By:      /s/  Rachael L. McCracken

                                                  Rachael L. McCracken