[Counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Abdi Nazemian, et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>NVIDIA Corporation,<br><br>　　　　Defendant. | Master File Case No. 4:24-cv-01454-JST (SK)<br>Consolidated with Case No. 4:24-cv-02655-JST (SK)<br><br>**PLAINTIFFS' SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR LEAVE TO MODIFY CASE SCHEDULE AND FILE FIRST AMENDED CONSOLIDATED COMPLAINT** |

Master File Case No. 4:24-cv-01454-JST　　　1

PLAINTIFFS' SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR LEAVE TO MODIFY CASE SCHEDULE AND FILE FIRST AMENDED CONSOLIDATED COMPLAINT

At the Court's request, Dkt. 229, this supplemental brief addresses NVIDIA's argument that Abdi Nazemian's dismissal is governed by Rule 41(a) rather than Rule 15. Plaintiffs do not dispute that the dismissal of a party is governed by Rule 41(a) and not under Rule 15.  At the time Plaintiffs filed the motion for leave to amend, Plaintiffs intended to reach agreement with NVIDIA and file a stipulation. The parties, however, have been unable to reach agreement on the terms of dismissal.

Upon further consideration, Mr. Nazemian no longer intends to withdraw from this action. NVIDIA has told Plaintiffs that it will only stipulate to Mr. Nazemian's dismissal if his claims are dismissed with prejudice, along with the following conditions: "(1) [providing] final responses to outstanding discovery requests; (2) production of all documents regarding the Asserted Works, including loan-out agreements, assignments, ownership communications, and registrations; (3) production of agreed-upon ESI with a certification of search parameters; (4) a four-hour preservation deposition on authorship, ownership, chain of title, and document authentication []." Dkt. 221 at 6:2-23 (Joint Case Management Statement, December 2, 2025).

Given NVIDIA's position, Mr. Nazemian faced the risk that any contested motion under Rule 41(a) would result in dismissal of his claims with prejudice—and in the relinquishment of even the right to participate in any recovery as an absent class member—*along with* a requirement that Mr. Nazemian continue to bear the burdens of civil discovery. Mr. Nazemian has therefore elected to remain as a named plaintiff in this litigation.

Plaintiffs are attaching amended Exhibits 1 and 2 to Dkts. 227-1 and 227-2, which reinclude allegations related to Mr. Nazemian as a Plaintiff from the First Amended Consolidated Complaint. *See* Castillo Guardado Decl. at Exhs. A and B. For ease of reference, attached as Exhibit C is a redline to the amended complaint filed at Dkt. 227-1 showing the addition of allegations related to Mr. Nazemian. *Id.* at Ex. C. On January 9, 2026, Plaintiffs informed NVIDIA of Mr. Nazemian's intent to remain a Plaintiff in this action and that he will no longer proceed with a Rule 41 motion *Id.* at ¶ 2.

Dated: January 9, 2026

By:     */s/ Joseph R. Saveri*
        Joseph R. Saveri

Joseph R. Saveri (CSB No. 130064)
Christopher K.L. Young (CSB No. 318371)
Evan Creutz (CSB No. 349728)
Elissa A. Buchanan (CSB No. 249996)
William Waldir Castillo Guardado (CSB No. 294159)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone:   (415) 500-6800
Facsimile:   (415) 395-9940
Email:   jsaveri@saverilawfirm.com
       cyoung@saverilawfirm.com
       ecreutz@saverilawfirm.com
       eabuchanan@saverilawfirm.com
       wcastillo@saverilawfirm.com

Bryan L. Clobes (admitted *pro hac vice*)
Mohammed Rathur (admitted *pro hac vice*)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Tel: 312-782-4880
bclobes@caffertyclobes.com
mrathur@caffertyclobes.com

Justin A. Nelson (admitted *pro hac vice*)
Alejandra C. Salinas (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

Rohit D. Nath (SBN 316062)
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com

Master File Case No. 4:24-cv-01454-JST     2

PLAINTIFFS' SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR LEAVE TO MODIFY CASE SCHEDULE AND FILE FIRST AMENDED CONSOLIDATED COMPLAINT

|   |   |
|---|---|
| 1 | Elisha Barron (admitted *pro hac vice*) |
| 2 | Craig Smyser (admitted *pro hac vice*)<br>**SUSMAN GODFREY L.L.P.** |
| 3 | One Manhattan West, 51st Floor<br>New York, NY 10019 |
| 4 | Telephone: (212) 336-8330 |
| 5 | ebarron@susmangodfrey.com<br>csmyser@susmangodfrey.com |
| 6 |  |
| 7 | Jordan W. Connors (admitted *pro hac vice*)<br>Trevor D. Nystrom (admitted *pro hac vice*) |
| 8 | **SUSMAN GODFREY L.L.P**<br>401 Union Street, Suite 3000 |
| 9 | Seattle, WA 98101<br>Telephone: (206) 516-3880 |
| 10 | jconnors@susmangodfrey.com<br>tnystrom@susmangodfrey.com |
| 11 |  |
| 12 | Rachel J. Geman (*pro hac vice*)<br>Danna Z. Elmasry (*pro hac vice*) |
| 13 | **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** |
| 14 | 250 Hudson Street, 8th Floor<br>New York, NY 10013 |
| 15 | Tel.: 212.355.9500<br>rgeman@lchb.com |
| 16 | delmasry@lchb.com |
| 17 | Anne B. Shaver |
| 18 | **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** |
| 19 | 275 Battery Street, 29th Floor<br>San Francisco, CA 94111 |
| 20 | Tel.: 415.956.1000<br>ashaver@lchb.com |
| 21 | Betsy A. Sugar (*pro hac vice*) |
| 22 | **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** |
| 23 | 222 2nd Avenue S. Suite 1640<br>Nashville, TN 37201 |
| 24 | Tel.: 615.313.9000<br>bsugar@lchb.com |
| 25 | David A. Straite (admitted *pro hac vice*) |
| 26 | **DiCELLO LEVITT LLP**<br>485 Lexington Avenue, Suite 1001 |
| 27 | New York, NY 10017<br>Tel. (646) 933-1000 |
| 28 |  |

Master File Case No. 4:24-cv-01454-JST                3

PLAINTIFFS' SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR LEAVE TO MODIFY CASE SCHEDULE AND FILE FIRST AMENDED CONSOLIDATED COMPLAINT

dstraite@dicellolevitt.com

Amy E. Keller (admitted *pro hac vice*)
Nada Djordjevic (admitted *pro hac vice*)
James A. Ulwick (admitted *pro hac vice*)
**DiCELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Tel. (312) 214-7900
akeller@dicellolevitt.com
ndjordjevic@dicellolevitt.com
julwick@dicellolevitt.com

Brian O'Mara (SBN 229737)
**DiCELLO LEVITT LLP**
4747 Executive Drive
San Diego, California 92121
Telephone: (619) 923-3939
Facsimile: (619) 923-4233
briano@dicellolevitt.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:    (323) 968-2632
Facsimile:    (415) 395-9940
mb@butboricklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*