1

2

3                          UNITED STATES DISTRICT COURT

4                         NORTHERN DISTRICT OF CALIFORNIA

5

6    ABDI NAZEMIAN, et al.,                Case No.  24-cv-01454-JST (SK)

7              Plaintiffs,                 **ORDER REGARDING PLAINTIFFS'
                                           RESPONSES TO DEFENDANT'S
8         v.                               INTERROGATORY NO. 7, REQUEST
                                           FOR PRODUCTION NO. 4, AND
9    NVIDIA CORPORATION,                   REQUEST FOR ADMISSION NO. 81**

10             Defendant.                  Regarding Docket No. 230

11

12        The parties dispute the adequacy of Plaintiffs' responses to Interrogatory No. 7, Request

13   for Admission No. 81, and Request for Production of Documents No. 4.  Plaintiffs have provided

14   responses, but Defendant Nvidia Corp. argue that Plaintiffs' responses are not "meaningful."  The

15   Court DENIES the motion to compel further responses by Plaintiffs to Interrogatory No. 7 and

16   Requests for Production of Documents No. 4.  Plaintiffs plan to provide further information

17   explaining their belief that Defendant has used Plaintiffs' copyrighted works in Books3 in the

18   form of expert reports.  However, those experts are either bound by documents produced in this

19   litigation or identified in responses to specific interrogatories.  Plaintiff cannot claim ignorance of

20   the existence of documents and then later rely upon other documents not identified.

          The Court GRANTS Defendant's motion to compel an unequivocal answer to Request for

21   Admission No. 81.  This request does not seek expert testimony but rather seeks the position that

22   Plaintiffs take in this litigation.  Defendant is entitled to an answer.  The response to Request for

23   Admission No. 81 is due January 30, 2026.

24        **IT IS SO ORDERED**.

25   Dated: January 15, 2026

26                                          

27                                          _____
                                            SALLIE KIM
28                                          United States Magistrate Judge

United States District Court
Northern District of California