# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| Abdi Nazemian, et al., | Master File Case No. 4:24-cv-01454-JST (SK) |
| Plaintiffs, | |
| vs. | **JOINT STIPULATION AND [PROPOSED] ORDER RE PRIVILEGE LOG DEADLINE** |
| NVIDIA Corporation, | |
| Defendant. | |

1    Plaintiffs Abdi Nazemian, Stewart O'Nan, Brian Keene, Andre Dubus, III, and Susan Orlean
2    (collectively, "Plaintiffs") and Defendant NVIDIA Corp. ("Defendant") (together, "the Parties") jointly
3    stipulate and agree, subject to the Court's approval, to extend the January 16, 2026 deadline to produce
4    privilege logs by two weeks, to January 30, 2026 as set forth below.
5    WHEREAS, on September 9, 2024, the Parties submitted a joint proposed case schedule (ECF
6    No. 70) that the Court entered on September 11, 2024 (ECF No. 71);
7    WHEREAS, on June 25, 2025, the Parties submitted a joint revised case schedule (ECF No. 158)
8    that the Court entered on June 27, 2025 (ECF No. 159);
9    WHEREAS, on October 14, 2025, Plaintiffs submitted a proposed amended case schedule (ECF
10   No. 186-4) that omitted deadlines for specific events previously agreed to by the Parties and changed the
11   spacing between certain deadlines previously agreed to by the Parties;
12   WHEREAS, the Court entered Plaintiffs' amended case schedule on October 15, 2025 (ECF No.
13   188);
14   WHEREAS, on November 25, 2025 the Parties submitted a Joint Stipulation and Proposed Order
15   regarding the case schedule, which proposed a January 16, 2026 deadline to produce privilege logs in
16   advance of the March 6, 2026 close of fact discovery deadline (ECF No. 217);
17   WHEREAS, the Court entered the Parties' amended case schedule on December 1, 2025 (ECF
18   No. 219);
19   WHEREAS, NVIDIA notified Plaintiffs on January 12, 2026 that it had identified a technical
20   issue, which required an extension to the January 16, 2026 deadline to produce privilege logs;
21   WHEREAS, the Parties agree that the January 16, 2026 deadline to produce privilege logs
22   should be extended by two weeks, to January 30, 2026;
23   WHEREAS, the Parties agreed to confer by January 20, 2026 to discuss whether a request for
24   further modifications of the schedule would be warranted;
25   Pursuant to Civil Local Rule 6-1, the Parties jointly submit that the January 16, 2026 deadline to
26   produce privilege logs be extended by two weeks to January 30, 2026.
27
28

Case No. 4:24-cv-01454-JST (SK)                    1
JOINT STIPULATION AND [~~PROPOSED~~] ORDER RE PRIVILEGE LOG DEADLINE

| | |
|---|---|
| Dated: January 15, 2026 | Respectfully Submitted, |
| | By: /s/ Rohit D. Nath |

        Joseph R. Saveri (SBN 130064)
        Christopher K.L. Young (SBN 318371)
        Evan Creutz (SBN 349728)
        Elissa A. Buchanan (SBN 249996)
        William Castillo Guardado (SBN 294159)
        **JOSEPH SAVERI LAW FIRM, LLP**
        601 California Street, Suite 1505
        San Francisco, California 94108
        Telephone: (415) 500-6800
        Facsimile: (415) 395-9940
        jsaveri@saverilawfirm.com
        cyoung@saverilawfirm.com
        ecreutz@saverilawfirm.com
        eabuchanan@saverilawfirm.com
        wcastillo@saverilawfirm.com

        Matthew Butterick (SBN 250953)
        1920 Hillhurst Avenue, #406
        Los Angeles, CA 90027
        Telephone: (323) 968-2632
        Facsimile:  (415) 395-9940
        mb@buttericklaw.com

        Bryan L. Clobes (admitted *pro hac vice*)
        Alexander J. Sweatman (admitted *pro hac vice*)
        Mohammed Rathur (admitted *pro hac vice*)
        **CAFFERTY CLOBES MERIWETHER**
        **& SPRENGEL LLP**
        135 South LaSalle Street, Suite 3210
        Chicago, IL 60603
        Tel: 312-782-4880
        bclobes@caffertyclobes.com
        asweatman@caffertyclobes.com
        mrathur@caffertyclobes.com

        David A. Straite (admitted *pro hac vice*)
        **DiCELLO LEVITT LLP**
        485 Lexington Avenue, Suite 1001
        New York, NY 10017
        Tel. (646) 933-1000
        dstraite@dicellolevitt.com

        Amy E. Keller (admitted *pro hac vice*)
        Nada Djordjevic (admitted  *pro hac vice*)

James A. Ulwick (admitted *pro hac vice*)
**DiCELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Tel. (312) 214-7900
akeller@dicellolevitt.com
ndjordjevic@dicellolevitt.com
julwick@dicellolevitt.com

Brian O'Mara (SBN 229737)
**DiCELLO LEVITT LLP**
4747 Executive Drive
San Diego, California 92121
Telephone: (619) 923-3939
Facsimile: (619) 923-4233
briano@dicellolevitt.com

Brian D. Clark (admitted *pro hac vice*)
Laura M. Matson (admitted *pro hac vice*)
Arielle Wagner (admitted *pro hac vice*)
Eura Chang (admitted *pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone:  (612)339-6900
Facsimile:   (612)339-0981
    bdclark@locklaw.com
    lmmatson@locklaw.com
    aswagner@locklaw.com
    echang@locklaw.com

Justin A. Nelson (admitted *pro hac vice*)
Alejandra C. Salinas (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

Rohit D. Nath (SBN 316062)
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com

Elisha Barron (admitted *pro hac vice*)

|   |   |
|---|---|
| 1 | Craig Smyser (admitted *pro hac vice*) |
| 2 | **SUSMAN GODFREY L.L.P**<br>One Manhattan West, 51st Floor<br>New York, NY 10019 |
| 3 | Telephone: (212) 336-8330 |
| 4 | ebarron@susmangodfrey.com<br>csmyser@susmangodfrey.com |

Craig Smyser (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P**
One Manhattan West, 51st Floor
New York, NY 10019
Telephone: (212) 336-8330
ebarron@susmangodfrey.com
csmyser@susmangodfrey.com

Jordan W. Connors (admitted *pro hac vice*)
Trevor D. Nystrom (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
jconnors@susmangodfrey.com
tnystrom@susmangodfrey.com

Rachel J. Geman (pro hac vice)
Danna Z. Elmasry (pro hac vice)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013
Tel.: 212.355.9500
rgeman@lchb.com
delmasry@lchb.com

Anne B. Shaver
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Tel.: 415.956.1000
ashaver@lchb.com

Betsy A. Sugar (pro hac vice)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
222 2nd Avenue S. Suite 1640
Nashville, TN 37201
Tel.: 615.313.9000
bsugar@lchb.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

| | |
|---|---|
| Dated: January 15, 2026 | Respectfully Submitted, |
| | By:  /s/ Rachael L. McCracken |

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-4001

Rachael L. McCracken (Cal. Bar. No. 252660)
rachaelmccracken@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Alex Spiro (admitted *pro hac vice*)
alexspiro@quinnemanuel.com
295 Fifth Avenue
New York, NY 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Defendant NVIDIA Corporation*

**[PROPOSED] ORDER**

Pursuant to the stipulation of the Parties, and for good cause appearing, it is hereby ORDERED that that the January 16, 2026 deadline to produce privilege logs be extended by two weeks to January 30, 2026.

**IT IS SO ORDERED.**

Dated: January 20, 2026

_____
The Honorable Jon S. Tigar
U.S. District Court Judge

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I attest that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the content of the filing and have authorized the filing.

Dated: January 15, 2026        By:    <u>/s/  Rachael L. McCracken</u>

                                      Rachael L. McCracken