1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| ABDI NAZEMIAN, BRIAN KEENE, STEWART O'NAN, ANDRE DUBUS III and SUSAN ORLEAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NVIDIA CORPORATION,<br><br>Defendant. | Master File Case No. 4:24-cv-01454-JST (SK)<br><br>**[PROPOSED] ORDER GRANTING NVIDIA'S MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

# [PROPOSED] ORDER

Before this Court is Defendant's Motion to Dismiss the First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and request to strike certain allegations pursuant to Federal Rule of Civil Procedure 12(f). Having considered the parties' arguments and all other papers filed herein, Defendant's Motion is hereby **GRANTED**.

Plaintiffs' direct infringement claim (Count I) is **DISMISSED WITH PREJUDICE** under Rule 12(b)(6) for failure to state a claim upon which relief can be granted as to:

- Allegations on unidentified models, datasets and, and websites,
- Certain newly added models (Nemotron-4 15B, Nemotron-4 340B, and Megatron 345M),
- All newly-added datasets and websites (Anna's Archive, SlimPajama, Bibliotik, Z-Library, Libgen, SciHub, Pirate Library Mirror, and unspecified "other shadow libraries") and use of any "BitTorrent Protocol";

Plaintiffs' claim for contributory copyright infringement (Count II) is **DISMISSED WITH PREJUDICE** under Rule 12(b)(6) for failure to state a claim upon which relief can be granted;

Plaintiffs' claim for vicarious copyright infringement (Count III) is **DISMISSED WITH PREJUDICE** under Rule 12(b)(6) for failure to state a claim upon which relief can be granted; and

Plaintiffs' allegations as to any model other than the Nemotron-4 15B, Nemotron-4 340B, and Megatron 345M, InstructRetro-48B, and Retro-48B are **STRICKEN** under Rule 12(f) because leave to amend was not granted as to those models.

**IT IS SO ORDERED.**

Dated: _____                               _____
                                                                           The Honorable Jon S. Tigar
                                                                           U.S. District Court Judge