1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| ABDI NAZEMIAN, BRIAN KEENE, STEWART O'NAN, ANDRE DUBUS III and SUSAN ORLEAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NVIDIA CORPORATION,<br><br>Defendant. | Master File Case No. 4:24-cv-01454-JST (SK)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO STAY DISCOVERY ON CLAIMS AND ALLEGATIONS SUBJECT TO DEFENDANT'S MOTION TO DISMISS** |

Master File Case No. 4:24-cv-01454-JST (SK)

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO STAY DISCOVERY ON CLAIMS AND ALLEGATIONS SUBJECT TO DEFENDANT'S MOTION TO DISMISS

1  **[PROPOSED] ORDER**

2  Before this Court is Defendant's Motion to Stay Discovery on Claims and Allegations Subject
3  to Defendant's Motion to Dismiss. Having considered the parties' arguments and all papers filed
4  herein, the Court hereby **GRANTS** the motion and **ORDERS** that all discovery on the claims and
5  allegations subject to Defendant's Motion to Dismiss the First Amended Complaint shall be stayed
6  in the above-captioned case pending resolution of that motion.

7

8  **IT IS SO ORDERED.**

9

10  Dated: _____                    _____
                                                The Honorable Jon S. Tigar
11                                              U.S. District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Master File Case No. 4:24-cv-01454-JST (SK)   -1-
[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO STAY DISCOVERY ON CLAIMS AND
ALLEGATIONS SUBJECT TO DEFENDANT'S MOTION TO DISMISS