1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9
**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

10

11
ABDI NAZEMIAN, BRIAN KEENE,
STEWART O'NAN, ANDRE DUBUS III and
SUSAN ORLEAN, individually and on behalf
12
of all others similarly situated,

13
            Plaintiffs,

14
     vs.

15
NVIDIA CORPORATION,

16
            Defendant.

17

18

Master File Case No. 4:24-cv-01454-JST (SK)

**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO SHORTEN TIME FOR BRIEFING AND HEARING ON NVIDIA'S MOTION TO STAY DISCOVERY ON CLAIMS AND ALLEGATIONS SUBJECT TO DEFENDANT'S MOTION TO DISMISS (ECF NO. 241)**

19

20

21

22

23

24

25

26

27

28

Case No. 4:24-cv-01454-JST (SK)

JOINT STIPULATION AND [~~PROPOSED~~] ORDER

Pursuant to Local Rules 6-1, 6-2, and 7-12, Plaintiffs Abdi Nazemian, Stewart O'Nan, Brian Keene, Andre Dubus, III, and Susan Orlean (collectively, "Plaintiffs") and Defendant NVIDIA Corporation ("NVIDIA") (together, "the Parties") by and through their undersigned counsel, hereby jointly stipulate and agree, subject to the approval of the Court, as follows:

WHEREAS, on January 29, 2026, NVIDIA filed a Motion To Stay Discovery On Claims And Allegations Subject To Defendant's Motion To Dismiss ("Motion To Stay") (ECF No. 241);

WHEREAS, on January 29, 2026 Defendant NVIDIA concurrently filed a Motion to Dismiss the First Consolidated Amended Complaint ("Motion to Dismiss") (ECF No. 240);

WHEREAS, the Opposition to the Motion to Stay is due on February 12, 2026, the Reply in support of the Motion to Stay is due on February 19, 2026, and the hearing for the Motion to Stay is currently set for April 2, 2026 at 2:00 p.m.;

WHEREAS, the current fact discovery cutoff is March 6, 2026;

WHEREAS, the Parties have multiple discovery disputes, including relating to depositions, Plaintiffs' new discovery requests, and supplemental discovery, that would be impacted by the Motion to Stay and Motion to Dismiss;

WHEREAS, the Parties believe that prompt resolution of the Motion to Stay is necessary to reduce the burdens on the Court and the parties due to the multiple discovery disputes;

WHEREAS, this stipulation will not alter the date of any event or any deadline already fixed by Court Order;

NOW THEREFORE, the Parties hereby stipulate and respectfully request that the Court shorten the briefing schedule for NVIDIA's Motion to Stay as follows: Plaintiffs' Opposition shall be due five (5) business days from NVIDIA's filing, and NVIDIA's Reply shall be due three (3) business days thereafter. The Parties further respectfully request that the Court advance the hearing date to the Court's earliest available date to resolve these time-sensitive issues in advance of the March 6, 2026 fact discovery cutoff.

Dated: January 29, 2026                    Respectfully Submitted,

                                           By: /s/  Elisha Barron

Joseph R. Saveri (SBN 130064)
Christopher K.L. Young (SBN 318371)
Evan Creutz (SBN 349728)
Elissa A. Buchanan (SBN 249996)
William Castillo Guardado (SBN 294159)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
cyoung@saverilawfirm.com
ecreutz@saverilawfirm.com
eabuchanan@saverilawfirm.com
wcastillo@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile:  (415) 395-9940
mb@butterricklaw.com

Bryan L. Clobes (admitted *pro hac vice*)
Alexander J. Sweatman (admitted *pro hac vice*)
Mohammed Rathur (admitted *pro hac vice*)
**CAFFERTY CLOBES MERIWETHER**
**& SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Tel: 312-782-4880
bclobes@caffertyclobes.com
asweatman@caffertyclobes.com
mrathur@caffertyclobes.com

David A. Straite (admitted *pro hac vice*)
**DiCELLO LEVITT LLP**
485 Lexington Avenue, Suite 1001
New York, NY 10017
Tel. (646) 933-1000
dstraite@dicellolevitt.com

Amy E. Keller (admitted *pro hac vice*)
Nada Djordjevic (admitted  *pro hac vice*)
James A. Ulwick (admitted *pro hac vice*)
**DiCELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor

Chicago, Illinois 60602
Tel. (312) 214-7900
akeller@dicellolevitt.com
ndjordjevic@dicellolevitt.com
julwick@dicellolevitt.com

Brian O'Mara (SBN 229737)
**DiCELLO LEVITT LLP**
4747 Executive Drive
San Diego, California 92121
Telephone: (619) 923-3939
Facsimile: (619) 923-4233
briano@dicellolevitt.com

Brian D. Clark (admitted *pro hac vice*)
Laura M. Matson (admitted *pro hac vice*)
Arielle Wagner (admitted *pro hac vice*)
Eura Chang (admitted *pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone:  (612)339-6900
Facsimile:  (612)339-0981
        bdclark@locklaw.com
        lmmatson@locklaw.com
        aswagner@locklaw.com
        echang@locklaw.com

Justin A. Nelson (admitted *pro hac vice*)
Alejandra C. Salinas (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

Rohit D. Nath (SBN 316062)
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com

Elisha Barron (admitted *pro hac vice*)
Craig Smyser (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P**
One Manhattan West, 51st Floor

New York, NY 10019
Telephone: (212) 336-8330
ebarron@susmangodfrey.com
csmyser@susmangodfrey.com

Jordan W. Connors (admitted *pro hac vice*)
Trevor D. Nystrom (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
jconnors@susmangodfrey.com
tnystrom@susmangodfrey.com

Rachel J. Geman (pro hac vice)
Danna Z. Elmasry (pro hac vice)
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013
Tel.: 212.355.9500
rgeman@lchb.com
delmasry@lchb.com

Anne B. Shaver
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Tel.: 415.956.1000
ashaver@lchb.com

Betsy A. Sugar (pro hac vice)
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
222 2nd Avenue S. Suite 1640
Nashville, TN 37201
Tel.: 615.313.9000
bsugar@lchb.com

*Counsel for Individual and Representative Plaintiffs and
the Proposed Class*

Dated: January 29, 2026        Respectfully Submitted,

By:   */s/ Rachael L. McCracken*

JOINT STIPULATION AND [~~PROPOSED~~] ORDER

1

2

**QUINN EMANUEL URQUHART &**

**SULLIVAN, LLP**

3
Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com

4
50 California Street, 22nd Floor
San Francisco, CA 94111

5
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

6

7
Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com

8
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606

9
Telephone: (312) 705-7400
Facsimile: (312) 705-4001

10

11
Rachael L. McCracken (Cal. Bar. No. 252660)
rachaelmccracken@quinnemanuel.com

12
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

13
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

14

15
Alex Spiro (admitted *pro hac vice*)
alexspiro@quinnemanuel.com

16
295 Fifth Avenue
New York, NY 10016

17
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

18

19
*Attorneys for Defendant NVIDIA Corporation*

20

21

22

23

24

25

26

27

28

Case No. 4:24-cv-01454-JST (SK)                5
JOINT STIPULATION AND [~~PROPOSED~~] ORDER

1

## [~~PROPOSED~~] ORDER

2    Pursuant to the stipulation of the Parties, and for good cause appearing, it is hereby ORDERED

3  that Plaintiffs shall file any opposition to NVIDIA's Motion to Stay by February 5, 2026, and NVIDIA

4  shall file any reply by February 10, 2026.  The motion hearing shall be rescheduled to February 19, 2026

5  at 2:00 p.m.

6

7  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

8

9  Dated: February 2, 2026

_____
The Honorable Jon S. Tigar
U.S. District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 4:24-cv-01454-JST (SK)                6
JOINT STIPULATION AND [~~PROPOSED~~] ORDER

1

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

2

I attest that the other signatories listed, on whose behalf the filing is also submitted,

3

are registered CM/ECF filers and concur in the content of the filing and have authorized the filing.

4

5

Dated: January 29, 2026                        By:      */s/  Rachael L. McCracken*

6

                                                                      Rachael L. McCracken

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28