1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| ABDI NAZEMIAN, BRIAN KEENE, STEWART O'NAN, ANDRE DUBUS III and SUSAN ORLEAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NVIDIA Corporation,<br><br>Defendant. | Master File Case No. 4:24-cv-01454-JST (SK)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE CASE SCHEDULE** |

1   Plaintiffs Abdi Nazemian, Stewart O'Nan, Brian Keene, Andre Dubus, III, and Susan Orlean
2   (collectively, "Plaintiffs") and Defendant NVIDIA Corp. ("NVIDIA") (together, "the Parties") jointly
3   stipulate and agree, subject to the Court's approval, as follows:
4   WHEREAS, on January 15, 2026, the Court granted Plaintiffs leave to file the First Consolidated
5   Amended Complaint ("FACC") (ECF No. 232);
6   WHEREAS, on January 16, 2026, Plaintiffs filed the FACC (ECF No. 235);
7   WHEREAS, on January 29, 2026, NVIDIA filed a Motion to Dismiss the First Consolidated
8   Amended Complaint ("Motion to Dismiss") (ECF No. 240);
9   WHEREAS, on January 29, 2026, NVIDIA concurrently filed a Motion To Stay Discovery On
10  Claims And Allegations Subject To Defendant's Motion To Dismiss ("Motion To Stay") (ECF No. 241);
11  WHEREAS, on January 29, 2026, the Parties filed a Joint Stipulation and [Proposed] Order to
12  Shorten Time for Briefing and Hearing on NVIDIA's Motion to Stay Discovery on Claims and Allegations
13  Subject to Defendant's Motion to Dismiss ("Stipulation") (ECF No. 242);
14  WHEREAS, on February 2, 2026, the Court entered the Stipulation (ECF No. 243) and granted
15  the Parties' request to expedite the hearing date on the Motion to Stay;
16  WHEREAS, pursuant to that Stipulation, Plaintiffs' Opposition to the Motion to Stay was due on
17  February 5, 2026, and NVIDIA's Reply in support of the Motion to Stay is due on February 10, 2026;
18  WHEREAS, pursuant to that Stipulation, the Court set the hearing on the Motion to Stay for
19  February 19, 2026, at 2:00 p.m.;
20  WHEREAS, the current deadline to serve written discovery, subpoenas, and deposition notices is
21  February 9, 2026 (ECF No. 219);
22  WHEREAS, the current deadline to file motions regarding fact discovery is February 26, 2026;
23  WHEREAS, the current pre-class certification fact discovery deadline is March 6, 2026 (ECF No.
24  219);
25  WHEREAS, the Parties have a disagreement about the appropriate scope of discovery following
26  the filing of the FACC and NVIDIA's Motion to Dismiss and Motion to Stay, which requires the Court's
27  resolution of the pending Motion to Stay and Motion to Dismiss;
28

Case No. 4:24-cv-01454-JST (SK)    1
JOINT STIPULATION AND [PROPOSED] ORDER RE FEBRUARY 9, 2026 DEADLINE TO SERVE FACT
DISCOVERY AND MARCH 6, 2026 FACT DISCOVERY CUTOFF

1  WHEREAS, Plaintiffs have agreed to postpone noticing and taking depositions of NVIDIA and
2  third-party witnesses until after the Court resolves the motion to stay, provided that the Court enters this
3  extension;

4  WHEREAS, the Parties agree that the existing fact discovery deadlines—the February 9, 2026
5  deadline to serve discovery, the February 26 deadline to file motions regarding fact discovery, and the
6  March 6, 2026 deadline for pre-class certification fact discovery—should be extended by 60 days to April
7  10, 2026, April 27, 2026, and May 5, 2026 respectively to allow the Court to address the current disputes;

8  WHEREAS, the Parties further agree that the remainder of the case schedule will need to be
9  modified to reflect this extension;

10  WHEREAS, the Parties agree to promptly negotiate in good faith regarding the full case schedule
11  after the Court rules. The Parties agree that, absent an agreement by the parties or a Court ruling to the
12  contrary, the remaining case deadlines will be spaced out in the same way as in the existing case schedule
13  (e.g. the deadline for service of opening expert report(s) (on issues for which a party bears the burden of
14  proof) will be due six weeks from the end of pre-class certification fact discovery, etc.); and

15  WHEREAS, both Parties voluntarily enter into this stipulation;

16  Pursuant to Civil Local Rule 6-1, the Parties jointly agree and request that the February 9, 2026
17  deadline to serve written discovery, subpoenas, and deposition notices, the February 26, 2026 deadline to
18  file motions regarding fact discovery, and the March 6, 2026 deadline for pre-class certification fact
19  discovery be extended by 60 days to April 10, 2026, April 17, 2026, and May 5, 2026 respectively. The
20  Parties further agree that, if the Court enters this extension, no depositions will go forward until at least
21  two weeks after the Court rules on the Motion to Stay.

23  Dated: February 10, 2026            Respectfully Submitted,

24                                     By: /s/ Elisha Barron

25                                       Joseph R. Saveri (SBN 130064)
26                                       Diane S. Rice (CSB No. 118303)
27                                       Christopher K.L. Young (SBN 318371)
                                         Evan Creutz (SBN 349728)
28
Case No. 4:24-cv-01454-JST (SK)            2
JOINT STIPULATION AND [PROPOSED] ORDER RE FEBRUARY 9, 2026 DEADLINE TO SERVE FACT
DISCOVERY AND MARCH 6, 2026 FACT DISCOVERY CUTOFF

Elissa A. Buchanan (SBN 249996)
William Castillo Guardado (SBN 294159)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
cyoung@saverilawfirm.com
drice@saverilawfirm.com
ecreutz@saverilawfirm.com
eabuchanan@saverilawfirm.com
wcastillo@saverilawfirm.com

Bryan L. Clobes (admitted *pro hac vice*)
Mohammed Rathur (admitted *pro hac vice*)
Nabihah Maqbool (admitted *pro hac vice)*
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Tel: 312-782-4880
bclobes@caffertyclobes.com
mrathur@caffertyclobes.com
nmaqbool@caffertyclobes.com

Justin A. Nelson (admitted *pro hac vice*)
Alejandra C. Salinas (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

Rohit D. Nath (SBN 316062)
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com
Elisha Barron (admitted *pro hac vice*)
Craig Smyser (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 51st Floor
New York, NY 10019

Telephone: (212) 336-8330
ebarron@susmangodfrey.com
csmyser@susmangodfrey.com

Jordan W. Connors (admitted *pro hac vice*)
Trevor D. Nystrom (admitted *pro hac vice*)
Dylan B. Salzman (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
jconnors@susmangodfrey.com
tnystrom@susmangodfrey.com
dsalzman@susmangodfrey.com

Rachel J. Geman (*pro hac vice*)
Danna Z. Elmasry (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013
Tel.: 212.355.9500
rgeman@lchb.com
delmasry@lchb.com

Anne B. Shaver
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Tel.: 415.956.1000
ashaver@lchb.com

Betsy A. Sugar (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
222 2nd Avenue S. Suite 1640
Nashville, TN 37201
Tel.: 615.313.9000
bsugar@lchb.com

David A. Straite (admitted *pro hac vice*)
**DiCELLO LEVITT LLP**
485 Lexington Avenue, Suite 1001
New York, NY 10017
Tel. (646) 933-1000
dstraite@dicellolevitt.com

Amy E. Keller (admitted *pro hac vice*)
Nada Djordjevic (admitted *pro hac vice*)
James A. Ulwick (admitted *pro hac vice*)
**DiCELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor

Chicago, Illinois 60602
Tel. (312) 214-7900
akeller@dicellolevitt.com
ndjordjevic@dicellolevitt.com
julwick@dicellolevitt.com

Brian O'Mara (SBN 229737)
**DiCELLO LEVITT LLP**
4747 Executive Drive
San Diego, California 92121
Telephone: (619) 923-3939
Facsimile: (619) 923-4233
briano@dicellolevitt.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:   (323) 968-2632
Facsimile:   (415) 395-9940
mb@butticklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

Dated: February 10, 2026          Respectfully Submitted,

By:   */s/ Andrew H. Schapiro*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-4001

Alex Spiro (admitted *pro hac vice*)
alexspiro@quinnemanuel.com
295 Fifth Avenue
New York, NY 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

*Attorneys for Defendant NVIDIA Corporation*

**[PROPOSED] ORDER**

Pursuant to the stipulation of the Parties, and for good cause appearing, it is hereby ORDERED that the February 9, 2026 deadline to serve written discovery, subpoenas, and deposition notices, the February 26, 2026 deadline to file motions regarding fact discovery, and the March 6, 2026 deadline for pre-class certification fact discovery be extended by 60 days to April 10, 2026, April 17, 2026, and May 5, 2026 respectively.

**IT IS SO ORDERED.**

Dated: February 11, 2026

_____
The Honorable Jon S. Tigar
U.S. District Court Judge

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I attest that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the content of the filing and have authorized the filing.

Dated: February 10, 2026            By:   /s/  Andrew H. Schapiro