QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-4001

Brian Biddinger (Bar No. 224604)
brianbiddinger@quinnemanuel.com
295 Fifth Avenue
New York, NY 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Rachael L. McCracken (SBN 252660)
rachaelmccracken@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendant,
NVIDIA Corporation*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| ABDI NAZEMIAN, BRIAN KEENE, STEWART O'NAN, ANDRE DUBUS III and SUSAN ORLEAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NVIDIA CORPORATION,<br><br>Defendant. | Master File Case No. 4:24-cv-01454-JST (SK)<br><br>**DEFENDANT NVIDIA CORPORATION'S NOTICE OF NARROWING OF ISSUES TO BE DECIDED ON ITS MOTION DISMISS**<br><br>Date:          April 2, 2026<br>Time:          2:00 p.m.<br>Location:     Courtroom 6<br>Judge:         Hon. Jon S. Tigar |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE THAT Defendant NVIDIA Corporation hereby narrows the issues in its motion to dismiss Plaintiffs' First Amended Complaint, filed at ECF No. 240, as follows:

NVIDIA still seeks an order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing with prejudice:

    (1)    Plaintiffs' direct infringement claim (Count I) for failure to state a claim as to:

        A.    allegations on unidentified models, datasets, and websites, including "other shadow libraries";

        B.    the Megatron GPT2 345M model;

        C.    Bibliotik and Pirate Library Mirror (or PiLiMi); and

        D.    use of any "BitTorrent Protocol";

    (2)    Plaintiffs' contributory copyright infringement claim (Count II) for failure to state a claim; and

    (3)    Plaintiffs' vicarious copyright infringement claim (Count III) for failure to state a claim.

NVIDIA withdraws its motion to dismiss Plaintiffs' direct infringement claim (Count I) for failure to state a claim as to only the following models, datasets, and websites:

    (1)    Models:  Nemotron-4 15B, Nemotron-4 340B.

    (2)    Datasets and websites:  Anna's Archive, Z-Library, LibGen, SciHub, and SlimPajama.

Dated:  March 6, 2026        Respectfully Submitted,

By:   */s/ Kevin P.B. Johnson*
       QUINN EMANUEL URQUHART & SULLIVAN, LLP

       Sean S. Pak (SBN 219032)
       seanpak@quinnemanuel.com
       50 California Street, 22nd Floor

San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Andrew H. Schapiro (admitted *pro hac vice*)
andrewschapiro@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-4001

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Brian Biddinger (Bar No. 224604)
brianbiddinger@quinnemanuel.com
295 Fifth Avenue
New York, NY 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Rachael L. McCracken (SBN 252660)
rachaelmccracken@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendant,*
*NVIDIA Corporation*

NVIDIA'S NOTICE OF NARROWING OF ISSUES TO BE DECIDED ON ITS MOTION DISMISS