UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ABDI NAZEMIAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>NVIDIA CORPORATION,<br><br>　　　　Defendant. | Case No.  24-cv-01454-JST   (SK)<br><br>**ORDER REGARDING<br>DISCOVERY DISPUTES**<br><br>Regarding Docket No. 269 |

Plaintiffs in this action seek, as a compromise position of various disputes, two forms of relief:  (1) that Defendant Nvidia Corporation identify shadow libraries from which it acquired books or provide a witness pursuant to Fed.R.Civ.P. 30(b)(6) who can provide this information, and (2) that Defendant produces datasets containing pirated books with sources identified.  The first category of information that Plaintiffs seek is not part of any specific discovery request.  The Undersigned DENIES that request without prejudice.

With regard to the second request, which refers specifically to Interrogatory No. 20, Defendant objected and refused to produce any information.  (Dkt. No. 269-1.)  Defendant also argues that it offered to meet and confer with Plaintiffs about the scope of the response, but Plaintiffs refused to do so.  For this reason, the Undersigned DENIES that request without prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Plaintiffs also request a monthly discovery hearing.  The Undersigned agrees.  The parties should meet and confer to select a time on a Monday between 8:00 am and 9:30 am (Pacific) or between 2:30 pm and 4:30 pm (Pacific) and a specific Monday (the first, second, third, or fourth Monday) for a monthly Zoom status conference with the Undersigned.

**IT IS SO ORDERED**.

Dated: March 18, 2026



SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California

2