United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDI NAZEMIAN, et al., | Case No. 24-cv-01454-JST |
| Plaintiffs, | |
| v. | **SCHEDULING ORDER** |
| NVIDIA CORPORATION, | |
| Defendant. | |

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Deadline for substantial completion of document production | August 7, 2026 |
| Deadline to serve written discovery | November 13, 2026 |
| Close of fact discovery[1] | February 12, 2027 |
| Deadline to file letter briefs re fact discovery | February 19, 2027 |
| Class certification motion and Plaintiffs' expert disclosures due | March 11, 2027 |
| Class certification opposition, Defendant's expert disclosures, and Defendant's *Daubert* motions due | May 6, 2027 |
| Plaintiffs' *Daubert* oppositions due | June 3, 2027 |
| Expert discovery cut-off | June 3, 2027 |

[1] As discussed at the March 20, 2026 case management conference, this is the deadline for all fact discovery, whether related to class certification or otherwise.

United States District Court
Northern District of California

| Event | Deadline |
|---|---|
| Defendant's *Daubert* replies due | June 17, 2027 |
| Class certification reply and Plaintiffs' *Daubert* motions due | July 1, 2027 |
| Defendant's *Daubert* oppositions due | July 1, 2027 |
| Plaintiffs' *Daubert* replies due | July 15, 2027 |
| Class certification hearing[2] | August 26, 2027 at 2:00 p.m. |

The Court will set a case management conference to establish the remainder of the schedule, including summary judgment and trial, following rulings regarding class certification and the parties' Daubert motions.

Counsel may not modify these dates without leave of court.  The parties shall comply with the Court's standing orders, which are available at https://cand.uscourts.gov/judges/tigar-jon-s-jst/.

**IT IS SO ORDERED.**

Dated:  March 23, 2026



_____
JON S. TIGAR
United States District Judge

---

[2] The Court currently anticipates deciding the *Daubert* motions on the papers.

2