UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ABDI NAZEMIAN, et al.,

Plaintiffs,

v.

NVIDIA CORPORATION,

Defendant.

Case No. 24-cv-01454-JST

**ORDER REQUIRING SUPPLEMENTAL BRIEFING AND CONTINUING MOTION HEARING**

Re: ECF No. 240

Before the Court is Defendant NVIDIA Corporation's motion to dismiss Plaintiffs' First Amended Consolidated Complaint.  ECF No. 240.  On March 25, 2026, the parties filed statements of recent decision to inform the Court of *Cox Communications, Inc. v. Sony Music Entertainment*, No. 24-171, 2026 WL 815823 (U.S. March 25, 2026).

The Court now orders supplemental briefs from both parties addressing *Cox Communication*.  The parties shall file simultaneous briefs of not more than six pages by April 3, 2026.  The Court hearing on the motion to dismiss is continued to April 16, 2026 at 2:00 p.m. via Zoom webinar.

**IT IS SO ORDERED.**

Dated:  March 26, 2026

_____
JON S. TIGAR
United States District Judge