UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDI NAZEMIAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NVIDIA CORPORATION,<br><br>Defendant. | Case No.  24-cv-01454-JST   (SK)<br><br>**ORDER DENYING DEFENDANT'S REQUEST FOR A TELEPHONIC CONFERENCE**<br><br>Regarding Docket No. 316 |

On June 5, 2026, Defendant NVIDIA Corporation ("Defendant") filed a notice requesting that the undersigned hold a telephonic conference to direct the parties to engage in the joint discovery letter brief process regarding the relevant discovery period.  (Dkt. No. 316.)  On June 6, 2026, Plaintiffs filed a response to Defendant's notice.  (Dkt. No. 317.)

The undersigned DENIES Defendant's request for a telephonic conference for this issue. The parties may each file a two-page letter brief on this issue by June 10, 2026.  The parties shall be prepared to discuss this issue at the regularly-scheduled hearing on June 15, 2026 at 2:30 p.m. via Public Zoom webinar.

**IT IS SO ORDERED**.

Dated: June 8, 2026



SALLIE KIM
United States Magistrate Judge

United States District Court<br>Northern District of California