UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDI NAZEMIAN, et al., | Case No.  24-cv-01454-JST   (SK) |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTIONS TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| v. | |
| NVIDIA CORPORATION, | |
| Defendant. | Regarding Docket Nos. 314, 319, 322 |

Before the undersigned are Plaintiffs' administrative motions to consider whether another party's material should be sealed in connection with discovery letter briefs and a joint status report.  (Dkt. Nos. 314, 319, 322.)  Defendant, the "Designating Party" filed responses to Plaintiffs' administrative motions.  (Dkt. Nos. 329, 332, 338.)

Where records, such as the parties' joint status report and discovery letter briefs, are attached to motions only "tangentially related to the merits of a case," they are not subject to the strong presumption of access to public records and documents.  *See Ctr. for Auto Safety v. Chrysler Grp.*, LLC, 809 F.3d 1092, 1101 (9th Cir. 2016).  Rather, a party must only make a showing under the good cause standard of Rule 26(c) to justify the sealing of materials.  *Id.* at 1097.  A court may, for good cause, keep documents confidential "to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense."  Fed. R. Civ. P. 26(c).

Here, Defendant requests to seal: (1) non-public information related to data acquisition for research in artificial intelligence and machine learning (Dkt. No. 329 at 3; Dkt. No. 332 at 3)[1]; and (2) identifying information of employees who are not named parties to this case (Dkt. No. 338 at 3).

/ / /

---

[1] Pinpoint citations are to the ECF-generated page numbers.

Defendant, specifically, requests that the undersigned maintain the specified green highlighted portions of the joint status report and discovery letter briefs and an exhibit attached to the parties' letter brief under seal.

Upon review of the parties' filings and for good cause shown, the undersigned GRANTS Plaintiffs' administrative motions and ORDERS that the following information remain under seal:

| Document | Portions to be Sealed |
|---|---|
| Joint Letter Brief | Portions highlighted in green |
| Joint Status Report | Portions highlighted in green |
| Letter Brief | Portions highlighted in green |
| Exhibit 1 to Letter Brief | Entirety |

**IT IS SO ORDERED**.

Dated: June 22, 2026



_____
SALLIE KIM
United States Magistrate Judge

2