UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ABDI NAZEMIAN, et al.,

Plaintiffs,

v.

NVIDIA CORPORATION,

Defendant.

Case No. 24-cv-01454-JST (SK)

**ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTIONS TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

Regarding Docket Nos. 355, 359, 379, 393, 415, 421

Before the undersigned are Plaintiffs' administrative motions to consider whether another party's material should be sealed. (Dkt. Nos. 355, 359, 379, 415.) Defendant, the "Designating Party," filed responses to Plaintiffs' administrative motions. (Dkt. Nos. 357, 369, 393, 421.)

Where records, such as the parties' discovery letter briefs and status reports, are attached to motions only "tangentially related to the merits of a case," they are not subject to the strong presumption of access to public records and documents. *See Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1101 (9th Cir. 2016). Rather, a party must only make a showing under the good cause standard of Rule 26(c) to justify the sealing of materials. *Id.* at 1097. A court may, for good cause, keep documents confidential "to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense." Fed. R. Civ. P. 26(c).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

United States District Court
Northern District of California

United States District Court
Northern District of California

Upon review of the parties' filings and for good cause shown, the undersigned GRANTS Plaintiffs' administrative motions and ORDERS that the following information remain under seal:

| Document | Portions to be Sealed |
|---|---|
| Joint Letter Brief (Dkt. No. 356) | Redacted Portions |
| Joint Letter Brief (Dkt. No. 360) | Redacted Portions |
| Exhibit 2 to the Joint Letter Brief (Dkt. No. 360-2) | Entire Document |
| Exhibit 3 to the Joint Letter Brief (Dkt. No. 360-3) | Entire Document |
| Joint Status Report (Dkt. No. 380) | Redacted Portions |
| Joint Status Report (Dkt. No. 416) | Redacted Portions |
| Exhibit A to the Joint Status Report (Dkt. No. 416-1) | Redacted Portions |
| Exhibit B to the Joint Status Report (Dkt. No. 416-2) | Entire Document |

**IT IS SO ORDERED**.

Dated: September 29, 2026

SALLIE KIM
United States Magistrate Judge