UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ABDI NAZEMIAN, et al.,
Plaintiffs,
v.
NVIDIA CORPORATION,
Defendant.

Case No. 24-cv-01454-JST

**ORDER ON ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL**

Re: ECF No. 460, 465, 470

Before the Court are Plaintiffs' motions to consider whether another party's material should be filed under seal. ECF Nos. 460, 465, 470. Having considered Plaintiffs' motions and Defendant NVIDIA's responses, the Court hereby finds good cause exists, grants the motions, and orders that the requested information be sealed as described below.

As to Plaintiffs' administrative motion to seal Plaintiffs' response to Defendants' motion for relief from nondispositive order of magistrate judge, ECF No. 460, the Court grants the motion to seal Exhibit 2 to the extent that NVIDIA seeks sealing, ECF No. 468.

As to Plaintiffs' administrative motion to seal Plaintiffs' reply in support of administrative motion for relief from local rules 7-3(d) and 72-2, ECF No. 465, the Court grants the motion to seal Plaintiffs' reply brief and Exhibit 1 to the extent that NVIDIA seeks sealing, ECF No. 473.

As to Plaintiffs' administrative motion to seal Plaintiffs' reply in support of Plaintiffs' motion for relief from nondispositive order of magistrate judge, ECF No. 470, the Court grants the motion to seal Plaintiffs' reply brief to the extent that NVIDIA seeks sealing, ECF No. 474.

Plaintiffs shall file updated redacted and public copies of the documents in accordance with the above order. The Court reminds the parties that a designating party's response to a motion to consider whether another party's material should be sealed should not be filed as

United States District Court
Northern District of California

separate motion. *See* Local Rule 79-5(f).

**IT IS SO ORDERED.**

Dated: November 10, 2026

JON S. TIGAR
United States District Judge



United States District Court
Northern District of California